E-filing

FILED 08 APR -7 PM 2:07 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C § 1983

Name Wilson Coy Jr.
(Last) (First) (Initial)

Prisoner Number F17012

Institutional Address San Quentin State Prison San Quentin, CA. 94974

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Coy Wilson Jr
(Enter the full name of plaintiff in this action.)

vs.

Shell Gas Station
Diablo Security Company
California Department of Parole Hearings
(Enter the full name of the defendant(s) in this action)

CV 08 1846

Case No. ______
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, Title 42 U.S.C § 1983

TEH

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I. Exhaustion of Administrative Remedies.

[Note: You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

A. Place of present confinement San Quentin

B. Is there a grievance procedure in this institution?

YES ( ) NO (✓)

C. Did you present the facts in your complaint for review through the grievance procedure?

YES ( ) NO (✓)

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal ______________________

2. First formal level ______________________

3. Second formal level ______________________

4. Third formal level ______________________

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (✓) NO ( )

F. If you did not present your claim for review through the grievance procedure, explain why. Because The California Board of Parole Hearings No longer Has A Grievance Process, Appellants Now Go Stright To The California Superior Court Via writ of Habeas Corpus AS In pro per.

II. Parties.

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

Coy Wilson Jr. San Quentin, S.P. San Quentin, CA. 94974-9999

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

ATTanTanT, Black Richard Employee #57041

1.) Shell Gas STaTion on The Corner of Bailey Rd/Canal Rd. BaypoinT

2.) Diablo SecuriTy Company In ConTra CosTa CounTy.

3.) California Board oF Parole Hearing SacramenTo California

III. Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph. ON 11-30-2007 Shell Gas Station

(1) I Drove my car In The shell Gas STaTion To Service my Car A SecuriTy Guard Apporach me In my Car, He Had No Legal ReasonTo DeTain And QuesTion me. He ask me For my IdenTificaTion And I Gave iT To Him. ExSTrange way The SecuriTy Guard was AcTing FrighTen me so I STarTed up my car And STarTed Home AS SOON AS I Took off I Heard A Gun ShoT I Realize He was ShooTing AT me when He hiT my car. I was AFraid for my life I Though He was Going To Kill me Sence This Happen on 11-30-2007 I have noT Being Able To Sleep for NighTmares PTSD IS very much A parT oF my Life Now I'm Having To See menTal HealTh Here AT CDC San QuenTin STaTe Prison. See The ATTach ExhibiT-A. And ExhibiT-B

2) AT my Parole RevocaTion Hearing on 1-10-2008 I was Denied Video FooTage Evidence of The InsidenT ThaT would Have Found me InnocenT noT GuilTy

IV. Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I wanT This Honorable CourT To Award me $7.000 000.00 In Damages And Any oTher Damages This Honorable CourT Deems Necessary.

____________________________________________________________

____________________________________________________________

____________________________________________________________

_____________________________________________

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __________ day of ____________________, 20_____

Coy Wilson Jr.

(Plaintiff's signature)

Exhibit A

2233

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

**PART I: TO BE COMPLETED BY THE PATIENT**

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR: MEDICAL ☐ MENTAL HEALTH ☑ DENTAL ☐ MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Coy Wilson Jr. | F17012 | [illegible] BA 234 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Coy Wilson Jr. | |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

[illegible] Having Nightmares [illegible] I can not sleep [illegible]

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

**PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT**

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

STATE OF CALIFORNIA—DEPARTMENT OF CORRECTIONS AND REHABILITATION ARNOLD SCHWARZENEGGER, GOVERNOR

**BOARD OF PAROLE HEARINGS**
**DECISION PROCESSING AND SCHEDULING UNIT**
P.O. Box 4036
Sacramento, CA 95812-4036

Exhibit-B




February 15, 2008

Coy Wilson, F17012
California State Prison, San Quentin, Reception Center
San Quentin, CA 94964

RE: Parole Revocation Hearing Tape Request

Inmate Wilson:

This will acknowledge your request to the Board of Parole Hearings concerning the hearing held on January 10, 2008.

Enclosed is a copy of the above requested revocation hearing tape.

Sincerely,

Eleanor Sandoval
Office Service Manager

Enclosure



Coy Wilson Jr.
F17012 Gym, Bed#234
San Quentin, S.P.
San Quentin, CA. 94974-9999

Pro Se

Legal Mail

SAN QUENTIN NSF STATE PRISON

Office Of The Clerk
United State District Court
450 Golden Gate Avenue
San Francisco CA 94102