E-filing

FILED
08 APR -7 PM 2:07

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Coy Wilson Jr. Plaintiff,

vs.

State of California Defendant.

CASE NO. _____ TEH

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS (PR)

I, Coy Wilson Jr. , declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  Employment prior Long Drug Stores WAlNuT Creek CA. 10/1/2004

5  1,800 A month $10.00 hour

6  Warehouse Stock Person And Cashier Clerk

7  2.      Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.    Business, Profession or                    Yes ___ No  ✓

10           self employment

11      b.    Income from stocks, bonds,                 Yes ___ No  ✓

12           or royalties?

13      c.    Rent payments?                             Yes ___ No  ✓

14      d.    Pensions, annuities, or                    Yes ___ No  ✓

15           life insurance payments?

16      e.    Federal or State welfare payments,         Yes ___. No  ✓

17           Social Security or other govern-

18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                             Yes ___ No  ✓

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2                 support and indicate how much you contribute toward their support. (NOTE:

3                 For minor children, list only their initials and ages. DO NOT INCLUDE

4                 THEIR NAMES.).

5

6

7   5.     Do you own or are you buying a home?      Yes ____ No ✓

8   Estimated Market Value: $ __N/A__ Amount of Mortgage: $ __N/A__

9   6.     Do you own an automobile?      Yes ✓ No ____

10   Make __Toyoto__ Year _1999_ Model _Camery_

11   Is it financed? Yes ____ No ✓ If so, Total due: $ ____N/A____

12   Monthly Payment: $ __N/A__

13   7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: __Washington Mutual Bank in Pittsburg__

15   __off Railroad Ave.__

16   Present balance(s): $ __N/A__

17   Do you own any cash? Yes ✓ No ____ Amount: $ 2000.00

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ____ No ✓

20   __N/A__

21   8.     What are your monthly expenses?

22   Rent: $ 200.00       Utilities: $ 50.00

23   Food: $ 100.00       Clothing: __N/A.__

24   Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do not include account numbers.)

3  Bad Check, BANK Washington MuTual

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____  No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ N/A _____

10 _____

11    I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13    I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16    _____    Coy Wilson Jr.

17    DATE                   SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2                                              Case Number: _____
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                          **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13   statement showing transactions of Cay Wilson Jr. _____ for the last six months
                                              [prisoner name]
14   SAN QuenTin _____ where (s)he is confined.
           [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the

16   most recent 6-month period were $ _____ and the average balance in the prisoner's

17   account each month for the most recent 6-month period was $_____.

18

19   Dated:_____ _         _____
                                         [Authorized officer of the institution]
20

21

22

23

24

25

26

27

28

                                          - 5 -