FILED

08 APR 14 PH 1:56 -filing

CLERK U.S. DISTRICT
NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7

8      **UNITED STATES DISTRICT COURT**
9      **NORTHERN DISTRICT OF CALIFORNIA**

10

11   Coy Wilson Jr.     Plaintiff,     )  CASE NO. _____
                                       )
12        vs.                          )  **PRISONER'S**    TEH
                                       )  **APPLICATION TO PROCEED**
13   California Department of Parole Hearing )  **IN FORMA PAUPERIS**
     Diablo Security Company            )                           **(PR)**
14   Shell Gas Station     Defendant.  )
                                       )
15

16        I, Coy Wilson Jr.          , declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct. I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security. I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22        In support of this application, I provide the following information:

23   1.    Are you presently employed? Yes _____ No ✓

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____ N/A _____ Net: _____ N/A _____

27   Employer: _____ N/A _____

28   _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  Long Drug Stores Walnut Creek in 2004

5  Wages $10.00 hr. A month $1400.00 Position Stores warehouseman

6  Cashew Clerk

7  2.  Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.  Business, Profession or           Yes ___ No ✓

10        self employment

11     b.  Income from stocks, bonds,        Yes ___ No ✓

12        or royalties?

13     c.  Rent payments?                Yes ___ No ✓

14     d.  Pensions, annuities, or           Yes ___ No ✓

15        life insurance payments?

16     e.  Federal or State welfare payments,    Yes ___ No ✓

17        Social Security or other govern-

18        ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount

20 received from each.

21                     N/A

22

23 3.  Are you married?               Yes ___ No ✓

24 Spouse's Full Name: _____ N/A

25 Spouse's Place of Employment: _____

26 Spouse's Monthly Salary, Wages or Income:

27 Gross $_____ Net $_____

28 4.  a.  List amount you contribute to your spouse's support:$ _____

1       b.      List the persons other than your spouse who are dependent upon you for

2                 support and indicate how much you contribute toward their support. (NOTE:

3                 For minor children, list only their initials and ages. DO NOT INCLUDE

4                 THEIR NAMES.).

5                          N/A.

6

7    5.    Do you own or are you buying a home?       Yes ___ No ✓

8    Estimated Market Value: $___ N|A___ Amount of Mortgage: $___ N|A____

9    6.    Do you own an automobile?        Yes ✓ No ___

10   Make Toyota_____ Year 1999_____ Model Camery_____

11   Is it financed? Yes ____ No ✓ If so, Total due: $___ N|A

12   Monthly Payment: $___ No_____

13   7.    Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____ N|A._____

15

16   Present balance(s): $_____ N|A_____

17   Do you own any cash? Yes ✓ No ___ Amount: $ 2000·⁰⁰

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.) Yes ___ No ✓

20

21   8.    What are your monthly expenses? Sister

22   Rent: $ 200·⁰⁰ _____ Utilities: $ 50·⁰⁰

23   Food: $ 100·⁰⁰ _____ Clothing: ___ N|A

24   Charge Accounts:

25   Name of Account       Monthly Payment       Total Owed on This Acct.

26   ___ N|A _____ $ _____ $ _____

27   ___ N|A _____ $ _____ $ _____

28   ___ N|A _____ $ _____ $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable. Do <u>not</u> include account numbers.)

3  <u>washington Mutual in PiTTsburg CA. 94565</u>

4  <u>oN RailRoad Ave.</u>

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes _____ No ✓

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ N|A _____

10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16  4/9/08                          Coy W. Wilson Jr.

17  DATE                            SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2                                          Case Number: CV081846
3
4
5
6
7
8                           **CERTIFICATE OF FUNDS**
9                                      **IN**
10                          **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account

13    statement showing transactions of _Coy Wilson Jr_ for the last six months
                                              [prisoner name]
14    _SAN QuenTin S.P._ where (s)he is confined.
              [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the

16    most recent 6-month period were $ _____ and the average balance in the prisoner's

17    account each month for the most recent 6-month period was $_____.

18
19    Dated:_____          _____
                                          [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

                                         - 5 -

```
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 31, 2007 THRU APR. 03, 2008

ACCOUNT NUMBER : F17012                      BED/CELL NUMBER: G 0000000000234
ACCOUNT NAME   : WILSON, COY JR                  ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----   ----   -----------   -------   ---------   --------   -----------   -------

12/31/2007   BEGINNING BALANCE                                                0.00

   ACTIVITY FOR 2008
01/14*DD31 CHECK DEPOSIT 2738/R&R               0.21                          0.21
02/26 W535 DENTAL CHARGE 3306/DENT                             0.21           0.00
```

```
                    * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/06/06                      CASE NUMBER: 050518472
COUNTY CODE: CC                              FINE AMOUNT: $      400.00

  DATE      TRANS.    DESCRIPTION                 TRANS. AMT.    BALANCE
--------    ------    -----------                 -----------    -------

12/31/2007   BEGINNING BALANCE                                   357.81
01/14/08   DR31     REST DED-CHECK DEPOSIT           0.23-       357.58
```

```
        * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
        * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

```
                        TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL         CURRENT       HOLDS      TRANSACTIONS
  BALANCE     DEPOSITS    WITHDRAWALS     BALANCE      BALANCE     TO BE POSTED
 ---------    --------    -----------     -------      -------     ------------
    0.00        0.21         0.21          0.00         0.00           0.00
```

```
                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                                 0.00
```

Coy Wilson jr.
4/9/08