Civil Case Number CV08-1846 TEH
2:30 PM

Richard W. Wieking 4-11-2008
Clerk. U.S. District Court
Northern District of California

Mr. Coy Wilson Jr.
F17012. Gym. 234
S.Q. Ca. 94974

FILED APR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

RECEIVED APR 17 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

2) At my Parole Revocation Hearing on 1-10-2008 I was found Guilty in Violation of my "Due Process Rights" of Assault with a deadly weapon my (Automobile) in The Absence of "Video Footage" That would have Clearly Shown my innocence or Guilt in The Matter with Total disregard To my request which was Collected by Sheriff's Deputy Wong of The Contra Costa County Sheriff's Dept. Via. report #07-29733 Date 11/30/07 Reporting Deputy Harrison Approving Supervisor Sheriff's M. Brown, Supv #52143 Also Deputy Holder witness at Hearing * DR No. 07-29733 Block, Richard Gas Station Attendant on Duty Employee No. 57041 Disp. of Evidence Concord Evidence City Code: Mul/20 Crime Classification (245A) My Report No# 07-29733 My Case No.# LS07-024843

1) My Attorney Mr. Silas Geneson Cal PAP Regional office Larkspur P.O. Box 319 S.Q. Ca. 94964
Conflict of interest and was ineffective counsel.

2) Deputy Commissioner Michael K. Brady

Performed and executed miscarriage of Justice Post-Haste in his Finding of Good Cause for Revocation and Termination of my 3057 Credits (Half-Time) Eligibility.

The Commissioner "Solely" relied on hearsay disregarding hard Evidence.

I Also have The Audio Taped Testimony That security Guard shot at me off Duty which you Already have.

Due To This incident I am now suffering very extreme and debilitating mental emotional My Dad work All his life for The City of San Francisco and retired I inheritance This car I was in. apon his demise This Car which is my property has sentimental Value and To me is priceless. And he die of Cancer Nov. 13, 2006 And I get Shot Nov 30, 2007 Thank God I'm still alive. My Dad Mr. Coy Wilson Sr.

So Due To This incident I am suffering very extreme and debilitating mental emotional and psychological problems and distress because of This horrible experience and am now suffering from symptoms That have resulted in abdominal hernia problems and extreme pain and debility in my neck and Cervical spin as well.

Attach: Health Care services

Sincerely yours,
Mr. Coy Wilson Jr.
Coy Wilson Jr.

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☒   DENTAL ☐   MEDICATION REFILL ☐

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Cy Wilson Jr | F17017 | [illegible] P 1234 |

| PATIENT SIGNATURE | DATE |
|---|---|
| Cory Wilson Jr | 4-9-08 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) I've been shot at I'm the victim Staff run excessively and I find this situation to be very hard to deal with Psychologically and emotionally punctuated with extreme depression and stress I am very taken about this miscarriage of Justice.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

532224

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☑   DENTAL ☐   MEDICATION REFILL ☐

NAME: Coy Wilson Jr
CDC NUMBER: F17012
HOUSING: Gym, Bed 234

PATIENT SIGNATURE: Coy Wilson Jr.
DATE: 4-3-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

A Security Guard Shot AT me on 11-30-2007 In my Car I having Night mares I can not sleep Need To Talk with The Psy As Soon As Possible

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

532234

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☑   DENTAL ☐   MEDICATION REFILL ☐

NAME: Coy Wilson Jr
CDC NUMBER: F-17012
HOUSING: [illegible] B1 234

PATIENT SIGNATURE: Coy Wilson Jr.
DATE: 4-3-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)

A Security Guard shot at me on 11-30-2007 in my car. I having Nightmares I can not sleep need talk with the Psy as soon as possible.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

000777

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME: Coy Wilson Jr
CDC NUMBER: F17012
HOUSING: Gym Bed 234

PATIENT SIGNATURE: Coy Wilson Jr
DATE: 3-26-08

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) A Shooting which I'm The Victim I'm suffering expressively and find this situation to be very hard to deal with Psychologically and emotionally punctuated w/ extreme depression and stress I am very taken a back by this miscarriage of Justice.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

000778

| STATE OF CALIFORNIA | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |
| --- | --- | --- |
| CDC 7362 (Rev. 03/04) | | |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☑   DENTAL ☐   MEDICATION REFILL ☐

NAME: Coy Wilson Jr.
CDC NUMBER: F-17012
HOUSING: Gym Bed 224

PATIENT SIGNATURE: Coy Wilson Jr.
DATE: 4-7-8

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) A Shooting which I'm the Victim Enhanced Outpatient Intensive mental health Treatment Therapeutic activities as Patient Treatment Therapy. I need Therapy and more Anti-Trauma

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate

59-230

| STATE OF CALIFORNIA<br>CDC 7362 (Rev. 03/04) | HEALTH CARE SERVICES REQUEST FORM | DEPARTMENT OF CORRECTIONS |

### PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:   MEDICAL ☐   MENTAL HEALTH ☑   DENTAL ☐   MEDICATION REFILL ☐

NAME: Coy Wilson Jr
CDC NUMBER: F-17012
HOUSING: Gym, Bed 234

PATIENT SIGNATURE: Coy Wilson Jr.
DATE:

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem): A Security Guard shot at me on 11-30-2007 in my car. I'm having nightmares I can not sleep need to talk with the Psy as soon as I can.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

### PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

CDC 7362 (Rev. 03/04)   Original - Unit Health Record   Yellow - Inmate (if copayment applicable)   Pink - Inmate Trust Office (if copayment applicable)   Gold - Inmate