CASE NO. CV08 1846 TEH

Richard W. Wieking                                April, 14, 2008
Clerk. U.S. District Court
450 Golden Gate Avenue
San Francisco, CA. 94102

Coy Wilson Jr.
F17012, Gym, Bed 234
San Quentin S. P.
San Quentin, Calif. 94974



I was informed to direct this request Mr. Richard W. Wieking to determine what judge has been assign to my case.

Respectfully summitted
Coy Wilson Jr.