IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COY WILSON JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SHELL GAS STATION, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 08-01846 TEH (PR) <br><br> ORDER GRANTING EXTENSION OF TIME TO SUBMIT COMPLETE *IN FORMA PAUPERIS* APPLICATION |

Plaintiff, a California state inmate at San Quentin State Prison, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983.

Plaintiff filed an insufficient In Forma Pauperis application, so on April 7, 2008, this court's clerk sent him a notice that he must submit a Certificate of Funds in Prisoner's Account complete and signed by an authorized officer at the prison and a copy of prisoner's trust account statement showing transactions for the last six months within thirty days or the case would be dismissed.

On April 14, 2008, plaintiff filed another application to proceed in forma pauperis. However, the application is still insufficient because the attached Certificate of Funds in Prisoner's Account was not completed and signed by an authorized officer at the prison and the prisoner's trust account statement was not for

the proper six month period.

Within **thirty (30) days** from the date this order is filed, plaintiff must submit a properly completed Certificate of Funds in Prisoner's Account and a copy of prisoner's trust account statement for the six month period immediately preceding April 7, 2008, the date the instant complaint was filed. Failure to comply in accordance with this order will result in the dismissal of this action without further notice to plaintiff.

IT IS SO ORDERED.

DATED: April 22, 2008

THELTON E. HENDERSON
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

COY WILSON JR.,

        Plaintiff,

  v.

SHELL GAS STATION et al,

        Defendant.

Case Number: CV08-01846 TEH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Coy Wilson #:F17012
San Quentin State Prison
Gym. Bed 234
San Quentin, CA 94974

Dated: April 23, 2008

                              Richard W. Wieking, Clerk
                              By: Frank Justiliano, Deputy Clerk