RECEIVED

08 APR 24 PM 12: 55
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Case No. CV 08 1846
TEH

MR. Coy Wilson, Jr
F17012. Gym, Bed. 234
S.Q.S.P.
S.Q. Ca. 94974

FILED

APR 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I AM writing you Today because of an INcideNT which
occurred aT The Shell Gasoline STaTion on The corner of
Bailey Road and Canal Road in The CiTy of BaypoinT,
California oN NovembeR 30ᵀᴴ, 2008 aT 10:43 P.M. This also
Per The ConTra CosTa CounTy Sheriff's DeparT menT.
reporT #07-29733.

This reporT sTaTes, Sheriff's DepuTies dispaTched To a shooTing
of which I was The vicTim, I was shoT AT and The bulleT hiT
my auTomobile and ThaT lefT me very psychologically and
emoTionally damaged and disTrusT.

Consequently, I am Compelled To plead To The CourTs
if you will; To recover damages To myself and To my vehicle
for damages inflicTed by The SecuriTy Guard worKing aT
The afore menTioned Shell Gasoline STaTioN which This
SecuriTy Guard was off DuTy when This happen!

The Security Guard name in This incident is Mr. BabaTunde Agbabiaka, age: 22(Twenty-Two) who is a armed Security Guard employed by The Diablo Security Company.

The Security Guard mentioned here Mr. BabaTunde Agbabiaka unholstered his gun, a XD-45 ACP, and Shot at me as I was driving away from The Shell Gasoline Station and proceeding down Canal Road just before Turning onto Bailey Road because as I Under-Stand according To his Statements I had a Can of Beer in The Console of my Automobile."

I realized That Mr. Agbabiaka had no reason To harass me question or detain me I Gave him a Valid CDC Identification Card" That I also had on me and pro-Ceeded To leave and as I exited The driveway onto Canal Road I heard recoil of a large Firearm and realized he was Shooting at me and I became Very ill and afraid That he had Lost his mind so I went Home and Stayed in The house Very Scared for my life!
    I had only stopped To put air in my Tires and There is Video footage Supporting This as recorded in The Sheriff's Deputy's report ie. Deputy wong per my Copy of The report.

THere is also Audio Taped TesTimong of Mr. Ag-babiaka's ConFession ThaT he shoT aT my Car.

During a parole revocaTion hearing which resulTed from This incidenT and The Commissioner over The hearing also found ThaT Mr. Agbabiaka had no legal righT To Fire his pistol aT me because he also is noT a Police oFFicer.

However my parole was revoked and I am CurrenTly in SAN QuenTin for ViolaTion of Parole agreemenT STerning from This SecuriTy guards accusaTions which are Slanderous and defamaTory of my CharacTer.

The Video FooTage will reveal my innocence in This maTTer and The FacT ThaT I was never arresTed or Charged for any MisconducT whaT so ever by The ConTra CosTa CounTy SheriFFs DepuTies or DisTricT aTTorney's oFFice even Though They responded To This aTTack on my person and properTy and The properTy has SenTimenTal Value and To me is priceless, because my FATher lefT iT To me as an inheriTance upon his demise.) and Took picTures of The bulleT hole in The rear of my Car inFlicTed by The SecuriTy Guard Mr. Agbabiaka.

I am now Suffering excessively and find This SiTuaTion To be Very hard To deal wiTh psychologically and emoTionally

over

Punctuated with extreme depression and stress and I am very taken aback by this miscarriage of Justice.

I plead with the Court to help me recover relief that I may be entitled to.

This man had no right or cause to shoot his fire at me, and I have all documented and Audio evidence of his statements and the rest is available at the Contra Costa County Sheriffs Department and video footage was given to Deputy Sheriff Wong.

The fundamental error committed during the revocation hearing is that the Trial Court relied "Solely" on the hearsay testimony to support the alleged violation, with requiring the government to make any showing of Good Cause" to utilize this hearsay evidence this error compels reversal.

Thank you very much for your time and patience in this important matter.

Sincerely yours,
Mr. Coy Wilson Jr.
MaCoy Wilson Jr.

STATE OF CALIFORNIA
**CHARGE SHEET/REVOCATION TRACKING/SCHEDULING REQUEST**
CDC 1676 (2/05)

Civil Case No. CV 08 1846

**REPORT TO:**  [X] BOARD OF PRISON TERMS
[ ] NARCOTIC ADDICT EVALUATION AUTHORITY

DISTRIBUTION:    DEPARTMENT OF CORRECTIONS
— ORIGINAL - BOARD REPORT
1ST COPY - R.H.C
2ND COPY - H.A.
3RD COPY - PAROLEE
4TH COPY - I.I.S

| CDC NUMBER | NAME (LAST, FIRST, MI) | | NAME BOOKED AS | | REGION/UNIT | | CST/CU-ST | |
|---|---|---|---|---|---|---|---|---|
| F17012 | WILSON, COY | | SAME | | II/CONCORD 1 | | YES [X] NO | |
| ARREST DATE | ARRESTING AGENCY | | BPT REFERRALS: | | | BOOKING NUMBER AND/OR LOCATION | | |
| 12/16/07 | CONTRA COSTA SHERIFF | | [X] MANDATORY | NON-MANDATORY | ENROUTE TO SAN QUENTIN | | | |
| ARREST CODE * | * ARREST CODES. A   PA/CSD STAFF ALONE AB   PA/CSD ASSISTED BY LAW ENFORCEMENT AGENCY | | | B   LAW ENFORCEMENT AGENCY ALONE D   LAW ENFORCEMENT AGENCY WITH INFORMATION FROM PA/CSD | | | | |
| B | | | | | | | | |
| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE | | |
| 12/16/07 | 12/16/07 | N/A | A. LEE | 01/17/10PTS | 03/20/08PTS | | | |

| CHARGES AND CODES | | CHARGES AND CODES | |
|---|---|---|---|
| 1. ABSCONDING (021) | | 4. | |
| 2. OPEN ALCOHOLIC CONTAINER IN VEHICLE (899) | | 5. | PAROLEE COPY |
| 3. ASSAULT WITH DEADLY WEAPON (400) | | 6. | CalPAI |

REASON FOR RETAINING PAROLE HOLD   PAROLEE DANGER TO:
[X] ABSCOND   [ ] SELF   [ ] PROPERTY-OTHERS   [X] SAFETY-OTHERS

DATE COPY SENT TO PAROLEE          INITIALS OF PERSON SENDING

Charge 1:
On 10/09/07, the Subject was instructed to report to the AOR on 10/17/07 at 10:00 AM. The Subject failed to report or make contact with the "Agent of Record" or DAPO as instructed.  On 10/23/07, the AOR left written instructions for the Subject to report on 10/25/07 at 11:00 AM.  The Subject again failed to report or make contact.  On 10/26/07, a "miscellaneous decision" was submitted to the BPH.  On 10/26/07, the BPH took action to suspend the Subject's parole effective 10/25/07 and issued a warrant for his arrest.

On 12/16/07, the Subject was arrested on the PAL warrant by the Contra Costa County Sheriff's Department.

Charge 2:
According to Contra Costa County Sheriff's report # 07-29733, on 11/30/07 at approx. 2243 hours, Deputies were dispatched to a report of a shooting.  The Deputies were informed that armed private security guard Agbabiaka was conducting routine checks at the Shell gas station when he observed a vehicle parked backwards in a parking space. Agbabiaka approached the vehicle and contacted the Subject who was sitting in the driver's seat drinking a beer.  Agbabiaka asked the Subject for his beer and poured it out.  Agbabiaka then asked the Subject for identification and the Subject handed him his CDCR identification card.  As Agbabiaka walked to the front of the vehicle to write the license plate number, the Subject started the car, turned the wheels towards Agbabiaka and gunned the engine.  Agbabiaka stepped out of the way as the Subject drove towards him.  Fearing for his safety, Agbabiaka drew his firearm and shot at the vehicle's tire.

Deputies searched the area for the Subject with negative results.  Deputies responded to the Subject's ROR and located the vehicle with a bullet hole to the left rear wheel, but the Subject was not there.

Local charges: None pending

Attachments: Contra Costa County Sheriff's report # 07-29733

PRIORITY

Witnesses:  Contra Costa County Sheriff's Deputy Harrison #67041

RECEIVED
DEC 27 2007
BY:

| PAROLEE'S NAME | CDC NUMBER |
|---|---|
| WILSON, COY | F17012 |

STATE OF CALIFORNIA
**CHARGE REPORT**
CDC 1502-B (08/05)

*ABSCONDING is The only Charge I was Pick up on.*
*Now That I'm in San Quentin They Charge me w!Th ASSAULT with Deadly weapon.*

DEPARTMENT OF CORRECTIONS AND REHABILITATION
DISTRIBUTION
ORIGINAL – C-FILE
1ST COPY – FIELD FILE
2ND COPY – PAROLEE

*12-19-07*

**REPORT TO:** ☒ **BOARD OF PAROLE HEARINGS**

| CDC NUMBER | NAME: (LAST, FIRST, MI) | NAME BOOKED AS | REGION/UNIT |
|---|---|---|---|
| F17012 | WILSON, COY | SAME | II / CONCORD 1 |

| ARREST DATE | ARRESTING AGENCY | BPH REFERRALS. | | BOOKING NUMBER AND/OR LOCATION |
|---|---|---|---|---|
| 12/16/07 | CONTRA COSTA SHERIFF | ☒ MANDATORY | ☐ NON-MANDATORY | 2007027267 / WCDF |

| ARREST CODE * | * ARREST CODES | | |
|---|---|---|---|
| B | A — DAPO STAFF ALONE | B LAW ENFORCEMENT AGENCY ALONE | |
| | AB DAPO ASSISTED BY LAW ENFORCEMENT AGENCY | D LAW ENFORCEMENT AGENCY WITH INFORMATION FROM DAPO | |

| HOLD DATE | DISCOVERY DATE | HOLD REMOVED DATE | AGENT OF RECORD | CONTROLLING DISCHARGE DATE | DISCHARGE REVIEW DATE | IMMINENT DISCHARGE |
|---|---|---|---|---|---|---|
| 12/16/07 | 12/16/07 | N/A | A.LEE | 01/17/10PTS | 03/20/08PTS | ☐ |

| CHARGES AND CODES | CHARGES AND CODES |
|---|---|
| ABSCONDING (021) 1. | 4. |
| 2. | 5. |
| 3. | 6. |

| REASON FOR RETAINING PAROLE HOLD: PAROLEE DANGER TO | | | | DATE COPY GIVEN | NAME OF PERSON NOTICING PAROLEE |
|---|---|---|---|---|---|
| ☒ ABSCOND | ☐ SELF | ☐ PROPERTY – OTHERS | ☐ SAFETY -OTHERS | | |

On 10/09/07, the Subject was instructed to report to the AOR on 10/17/07 at 10:00 AM. The Subject failed to report or make contact with the "Agent of Record" or DAPO as instructed. On 10/23/07, the AOR left written instructions for the Subject to report on 10/25/07 at 11:00 AM. The Subject again failed to report or make contact. On 10/26/07, a "miscellaneous decision" was submitted to the BPH. On 10/26/07, the BPH took action to suspend the Subject's parole effective 10/25/07 and issued a warrant for his arrest.

On 12/16/07, the Subject was contacted by the Contra Costa County Sheriff Department and arrested.

**PAROLE AGENT'S RECOMMENDATION:**

RETAIN HOLD AND REFER TO BPH FOR REVOCATION PROCEEDINGS

| PAROLE AGENT'S SIGNATURE | DATE |
|---|---|
| A.LEE, PAII | 12/18/07 |

| UNIT SUPERVISOR'S ACTION | | | | |
|---|---|---|---|---|
| ☒ DECISION | ☒ REVIEW | ☒ RETAIN HOLD | ☐ RELEASE HOLD AS OF (DATE) | ☐ CANCEL WARRANTS – WANTS |
| ☐ CONTINUE ON PAROLE | ☐ CONTINUE IN OUT-PATIENT STATUS | ☐ *DISCHARGE EFFECTIVE DATE | | ☐ RETAIN ON PAROLE |
| ☐ REINSTATE ON PAROLE AS OF (DATE) | ☐ TIME LOSS / ☐ NO TIME LOSS | ☐ SUSPENDED/REINSTATE IN OPS AS OF (DATE) | ☐ REFER TO BPH | ☐ INVESTIGATE, SUBMIT APPROPRIATE REPORT BY (DATE) |

| SPECIAL CONDITION(S) | ☐ ADD | ☐ DELETE |
|---|---|---|

UNIT SUPERVISOR'S COMMENTS/RECOMMENDATION
☒ I HAVE LOOKED AT THE INFORMATION. I BELIEVE THERE IS PROBABLE CAUSE TO MAINTAIN THE PAROLE HOLD
CONCUR; INVESTIGATE AND SUBMIT APPROPRIATE REPORT

| UNIT SUPERVISOR'S SIGNATURE | DATE |
|---|---|
| J. MARTIN, PAII | 12/18/07 |

PAROLE ADMINISTRATOR'S COMMENTS/DECISION

| ☐ REFER TO BPH | ☐ *DISCHARGE EFFECTIVE DATE | FIELD ADMINISTRATOR'S SIGNATURE | DATE |
|---|---|---|---|

☒ Continuation
☐ Supplemental

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT
P.O. Box 391, Martinez, CA 94553-0039

☐ D.V.  ☐ HRO  ☐ Arrest  ☐ St

| 1. DR No. 07-29733 | 2. City Code MUI/20 | 3. Crime / Classification ADW (245A*) | | 4. Date 1. 245 2. | 5. Reclass Traction ☐ |
|---|---|---|---|---|---|
| 6. Victim Name (L.F.M.) AGBABIAKA, BARATUNDE | | | 7. Date/Orig. Report 11 00 07 | 8. Employee No. 57041 | |
| 9. Address / Location of Occurrence | | | 10. Suspects Name (L.F.M.) WILSON, COY | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency, Notes; B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc; G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
|---|---|

On the listed date and time I was dispatched to the listed location for a report of subjects shooting at each other. I arrived shortly thereafter and met with V-Agbabiaka. Agbabiaka told me the following:

Agbabiaka is an armed security guard with Diablo Security and sometimes goes to the Shell gas station for security checks. Agbabiaka said he pulled into the Shell parking lot and saw two subjects parked backwards in a parking space. The two subjects were drinking and Agbabiaka became concerned because there have been several incidents in the past with subjects getting drunk and fighting. Agbabiaka went over to the car to speak with the driver, later identified as S-Coy.

Agbabiaka contacted Coy at the drivers side window. Agbabiaka asked Coy to leave the area because parking is limited to ten minutes only. Agbabiaka then asked Coy to hand him the beer Coy was drinking. Coy complied, but Agbabiaka said that Coy began to swear at him. Agbabiaka poured out the beer then asked Coy for an I.D. Coy handed Agbabiaka a CDC identification card. Agbabiaka walked towards the front of the vehicle to copy the license plate. Agbabiaka said Coy started the vehicle, turned the wheels toward Agbabiaka, and gunned the engine. Agbabiaka stepped out of the way as Coy drove at him. Fearing for his safety, Agbabiaka pulled his firearm and fired one shot at the rear left drivers side tire. Coy then drove out of the lot southbound on Bailey Rd.

Agbabiaka has a permit to carry a weapon in the the performance of his duty. Permit No. _____ which expires on _____. The weapon Agbabiaka used is a XD-45 ACP, serial number _____.

Agbabiaka told me he feared that Coy was going to run him over with the vehicle and only fired his weapon in self defense. Agbabiaka also said that he was only attempting to shoot out the tire of the vehicle.

While I was obtaining the statement from Agbabiaka, other units were canvassing the area for Coy. Deputy Holder learned from an unknown subject that Coy lived at _____ Bailey Rd. Units went to that location to speak with Coy but Coy was GOA. Deputy Holder found the vehicle Coy was driving parked in the driveway and saw what appeared to be a gunshot to the rear drivers side rim.

I canvassed the parking lot for the shell casing from the shooting but was unable to locate it.

PR-Block told me that he didn't see what happened but did hear a loud bang. I asked Block if there was security footage from the camera located on the rear of the gas station. Block told me that there was video footage but it couldn't be retrieved until 0400, when the manager comes to work.

SEE DEPUTY WONG'S SUPPLEMENTAL REPORT FOR ADDITIONAL WITNESS STATEMENTS AND COLLECTION OF

| 14. Distribution ☐ B ☒ D ☒ PA ☐ DE ☐ L ☐ O ☐ SR ☐ V ☒ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner ☐ Property Ex. ☒ ACS ☐ Intell. ☐ RO ☒ SHC ☐ Patrol Captain ☐ Compl Ofc. ☐ Marine Patrol ☐ DV Unit ☒ Other | 15. Additional / Routing 'Concord Parole Office-Agent Albert Lee' | | |
|---|---|---|---|
| | 16. Reporting Deputy (Print) HARRISON | 17. Date/Time Written 11-30-2007 | 18. Dispo REF: |
| | 19. Approving Supv. (Print) M Brown | 20. Supv No. 52143 | 21. Date 11/30/2007 | 22. Page 2 of 6 |

SB142 11/94

SP DOC¹
#3

CONT. CA COUNTY SHERIFF'S DEPARTMENT CAO
P.O. Box 391, Martinez, California 94553-0039

| 1. DR No. 07-29733 | 2. City Code MU/20 | 3. Crime/Classification ADW (245A*) | | 4. Serial 1. 245 3. | 5. More Persons |
|---|---|---|---|---|---|
| 6. Day / Date / Time of Occurrence THUR / 11-30-07 / 2243 | | | 7. Date / Time Reported 11-30-07 / 2243 | 8. Employee No. 57041 | 9. Reclassification |
| 10. Address / Location of Occurrence | | | | | |

| 11. | ☒ PRI | ☐ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☐ SUS | | LEAD | | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| 12. Name (L, F, M) BLOCK, RICHARD | | | | | 13. Race / Sex / Age W / M / | | 14. DOB | | 15. Driver License No. | |
| 16. Address (Zip Code) | | | | | | | 17. Home Phone UNK | | | |
| 18. Employer or School | | | | | | | 19. Work Phone | | | |
| 20. Hair BRO | 21. Eyes GRN | 22. Ht. 5-09 | 23. Wt. 220 | 24. AKA / Maiden Name | | | | | 25. Social Security No. UNK | |
| 26. Further Description (Scars, Tattoos, Mannerisms, Clothing, Etc.) | | | | | | | | | 27. Booking or Cite No. | |

| 28. | ☐ PRI | ☒ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☐ SUS | | LEAD | | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| 29. Name (L, F, M) AGBABIAKA, BABATUNDE | | | | | 22. Race / Sex / Age O / M / 22 | | 30. DOB | | 31. Driver License No. | |
| 32. Address | | | | | | | 33. Home Phone | | | |
| 34. Employed By or School | | | | | | | 35. Work Phone | | | |
| 38. Hair BLK | 37. Eyes BRO | 38. Ht. 6-01 | 39. Wt. 204 | 40. AKA / Maiden Name | | | | | 41. Social Security No. UNK | |
| 42. Further Description (Scars, Tattoos, Mannerisms, Clothing, Etc.) | | | | | | | | | 43. Booking or Cite No. | |

| 44. | ☐ PRI | ☐ VIC | ☐ WIT | ☐ MSP | ☐ RUN | ☒ SUS | | LEAD | | ☐ OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| 45. Name (L, F, M) WILSON, COY | | | | | 46. Race / Sex / Age B / M / 53 | | 47. DOB 02/22/1954 | | 48. Driver License No. | |
| 49. Address (Zip Code) BAILEY RD BAY POINT 94565 | | | | | | | 50. Home Phone UNK | | | |
| 51. Employed By or School UNK | | | | | | | 52. Work Phone UNK | | | |
| 53. Hair BAL | 54. Eyes BRO | 55. Ht. 6-00 | 56. Wt. 175 | 57. AKA / Maiden Name | | | | | 58. Social Security No. | |
| 59. Further Description (Scars, Tattoos, Mannerisms, Clothing, Etc.) | | | | | | | | | 60. Booking or Cite No. | |

| 62. Veh / Ves ☒ S ☐ Vic | 63. Lic No. (State) | 64. Year 1999 | 65. Make TOYOTA | 66. Model CAMRY | 67. Body Style 4-DR | 68. Color/Top TAN Bottom TAN |
|---|---|---|---|---|---|---|
| 69. Status ☒ Left ☐ Impound ☐ Stored | 70. Registered Owner SUSPECT | | 71. R.O. Address SUSPECT | | 73. Who has Keys? | |
| | 72. Towed to or Released to: | | | | | |
| 74. Evid ● Yes ○ No | 75. F / P ○ Yes ● No | 76. Dispo of Evidence CONCORD EVIDENCE | | 77. Missing N/A | 78. Damaged N/A | |

79. Brief Synopsis of Incident

This report concerns V-Agbabiaka shooting at S-Coy's vehicle in self defense as Coy drove it at him. Agbabiaka feared for his safety and was only attempting to shoot the tire of the vehicle. Coy fled the scene in the vehicle.

No one was hurt in the incident.

Deputies attempted to locate Coy but were unsuccessful.

| 80. Distribution ☐ B ☒ C. ☐ DA ☐ DE. ☐ L ☐ O ☐ SR. ☐ V ☒ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner ☐ Property Ck ☒ ACS ☐ Intell. ☐ R.O. ☒ BNO. ☐ Patrol Captain ☐ Compl.Ofc. ☐ Marine Patrol ☐ DV Unit ☒ Other | 81. Additional Routing Concord Parole Office-Agent Albert Lee. | | |
|---|---|---|---|
| | 82. Reporting Deputy (Print) HARRISON | 83. Date/Time Written 11-30-2007 | 84. Dispo REF |
| | 85. Approving Supvr (Print) M Brown | 86. Supvr No. 52143 | 87. Date 11/30/2007 1 #5 |

36112 11/94

# Contra Costa County Office of the Sheriff - Photo Log

| Case # 07-29733 | | |
|---|---|---|
| Camera Make: CANNON | Model #: POWERSHOT | Camera #: 38 |
| Photos Taken By: HARRISON | Date: 11/30/07 | Time: 2330 |

| Photo # | Photo Taken Of: (description) | Location | Distance |
|---|---|---|---|
| 1 | SUS CAR | SUS HOUSE | 5 |
| 2 | SUS CAR RIM | SUS HOUSE | 2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

INSTRUCTIONS: THIS PHOTO LOG MUST BE COMPLETED FOR ALL PHOTOS ATTACHED TO YOUR REPORT.

Page 6 of 6

SP DOC.
#5

☒ Continuation
☐ Supplement

CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT
P.O. Box 391, Martinez, CA 94553-0039

☐ D.V.   ☐ H.B.O.   ☐ Arrest   ☐ SV

| 1. DR No: 07-29733 | 2. City Code MUI/20 | 3. Crime / Classification ADW (245A*) | | 4. Detail 1. 245 2. | 5. Reclassification ☐ |
|---|---|---|---|---|---|
| 6. Victim Name (L,F,M) AGRARIAKA, BARATUNDE | | | 7. Date Orig. Report 11-30-07 | 8. Employee No. 67041 | |
| 9. Address / Location of Occurrence | | | 10. Suspect's Name (L, F, M) WILSON, COY | | |

11. Property Description:
Impounded, Recovered, Found, Lost, Stolen - Item Number, Article, Quantity, Brand/Make/Manufacturer's Model Number, Serial Number, Miscellaneous Description, Location Where Taken, Value, Include Total Loss - LIST IN FOLLOWING ORDER: A) Currency; Notes: B) Jewelry; C) Furs; D) Vehicles; E) Office Equipment; F) Radio, TVs etc. G) Firearms; H) Household Goods; I) Misc.

| 12. Recovered Property $ | 13. Narrative / Statements |
|---|---|

THE VIDEO FOOTAGE.

14. Distribution:
☐ B   ☒ O   ☒ DA   ☐ DS   ☐ L   ☐ O   ☐ SR   ☐ Y
☒ Investigation   ☐ Vice   ☐ Narcotics   ☐ Juv.   ☐ Coroner
☐ Property Clk.   ☒ ACS   ☐ Intell.   ☐ R.O.   ☒ SHO
☐ Patrol Captain   ☐ Comp/Ofcr   ☐ Marine Patrol   ☐ DV Unit
☒ Other:

15. Additional Routing
Concord Parole Office- Agent Albert Lee

| 16. Reporting Deputy (Print) HARRISON | 17. Date/Time Written 11-30-2007 | 18. Dispo REF |
|---|---|---|
| 19. Approving Supv (Print) M Brown | 20. Supv No. 52143 | 21. Date 11/30/2007 | 22. Page 3 of 6 |

S51.12 11/04

SP DOC.
741

CRIME ANALYSIS UNIT — CONTRA COSTA COUNTY SHERIFF'S DEPARTMENT — INCIDENT PAGE
P.O. Box 391, Martinez, California 94553-0039

| 1. DR No. 07-29733 | 2. Crime/Classification ADW (245A*) | 3. Detail code 1. 245. 2. | 4. ☒ Felony ☐ Misd. ☐ Arrest ☐ Cite |

5. Victim Name (L-F): AGBABIAKA, BABATUNDE
6. Address / Location of Occurrence:
7. Employee No.: 67041

8. Gang Activity: ☐ Yes ☒ No
9. Name of Gang:

10. MEANS OF ATTACK — O. ☒ Other: CAR

14. NUMBER OF SUSPECTS: ONE

18. WHERE DOCUMENTED: GAS ☒ Gas Station
21. SUSPECT'S ACTIONS: VEHND ☒ Vehicle Needed

22. Distribution: ☒ G ☒ ACS ☒ SHO ☒ Other
23. Additional Routing: Concord Parole Office-Agent Albert Lee
24. Reporting Deputy (Print): HARRISON
25. Date/Time Written: 11-30-2007
26. Dispo: REF
27. Approving Supv (Print): M Brown
28. Supv No.: 52143
29. Date: 11/30/2007
30. Page: 4 of 6

CRIME ANALYSIS SUPPLEMENT | COI | COSTA COUNTY SHERIFF'S DEPARTMENT | 70000 | SUSPECT/VEHICLE PAGE

P.O. Box 391, Martinez, California 94533-0039

| 1. DR No. | 2. Crime Classification | 3. Detail code | 1. 245 | 4. |
|---|---|---|---|---|
| 07-29733 | ADW (245A*) | | 2. | ☒ Felony ☐ Misd. ☐ Arrest ☐ Cite |

| 5. Victim Name (L,F) | 6. Address / Location of Occurrence | 7. Employee No. |
|---|---|---|
| AGBABIAKA, BABATUNDE | | 67041 |

**8. SUSPECT BUILD**
1 2 3
- U ☐☐☐ Unknown
- A ☐☐☐ Average
- H ☐☐☐ Heavy
- M ☒☐☐ Muscular
- S ☐☐☐ Short
- L ☐☐☐ Slim
- T ☐☐☐ Tall

**9. COMPLEXION**
1 2 3
- UK ☐☐☐ Unknown
- AC ☐☐☐ Acne
- DR ☒☐☐ Dark
- FR ☐☐☐ Freckled
- LT ☐☐☐ Light
- ME ☐☐☐ Medium
- PA ☐☐☐ Pale
- PM ☐☐☐ Pock Marked
- RU ☐☐☐ Ruddy
- TA ☐☐☐ Tanned

**10. HAIR STYLE**
1 2 3
- UNKN ☒☐☐ Unknown
- AFRO ☐☐☐ Afro/Natural
- BRAD ☐☐☐ Braided
- BUSH ☐☐☐ Bushy
- CORN ☐☐☐ Cornrow
- CREW ☐☐☐ Crew Cut
- GRSY ☐☐☐ Greasy
- LONG ☐☐☐ Long
- MILT ☐☐☐ Military
- PONY ☐☐☐ Ponytail
- PROC ☐☐☐ Processed
- PUNK ☐☐☐ Punk Rock
- STRA ☐☐☐ Straight
- WVCL ☐☐☐ Wavy/Curly
- WIG ☐☐☐ Wig

**11. HAIR LENGTH/TYPE**
1 2 3
- UNK ☐☐☐ Unknown
- BALD ☒☐☐ Bald
- CRS ☐☐☐ Coarse

**HAIR LENGTH/TYPE (CONT'D)**
1 2 3
- FINE ☐☐☐ Fine
- LONG ☐☐☐ Long
- MEDI ☐☐☐ Medium
- RGHL ☐☐☐ Receding Hairline
- SHAV ☐☐☐ Shaved
- SHOR ☐☐☐ Short
- THIC ☐☐☐ Thick
- THIN ☐☐☐ Thinning
- WIRY ☐☐☐ Wiry

**12. FACIAL HAIR**
1 2 3
- UNKN ☐☐☐ Unknown
- CLSH ☒☐☐ Clean Shaven
- FUMA ☐☐☐ Fu Manchu
- FULB ☐☐☐ Full Beard
- FUZY ☐☐☐ Fuzzy (Youth)
- GOAT ☐☐☐ Goatee
- LOWL ☐☐☐ Lower Lip Hair
- MUST ☐☐☐ Mustache
- SIDE ☐☐☐ Sideburns
- UNSH ☐☒☐ Unshaven

**13. GENERAL APPEARANCE**
1 2 3
- UN ☐☐☐ Unknown
- BS ☐☐☐ Blood Shot Eyes
- CA ☐☐☐ Casual
- CC ☐☐☐ Clean Cut
- CN ☐☐☐ Cocaine Nose
- DR ☐☐☐ Dirty
- DS ☐☐☐ Disguise
- FL ☐☐☐ Flashy
- GL ☐☐☐ Good Looking
- MC ☐☐☐ Military
- TM ☐☐☐ Track Marks
- UK ☒☐☐ Unkempt
- UO ☐☒☐ Unusual Odor
- WG ☐☐☐ Well Groomed

**14. SPEECH**
1 2 3
- UNK ☐☐☐ Unknown
- ACC ☐☐☐ Accent
- DIG ☐☐☐ Disguised
- HIP ☐☐☐ Hip Talk

**SPEECH (CONT'D)**
1 2 3
- LSP ☐☐☐ Lisp
- LDU ☐☐☐ Loud
- LOP ☐☐☐ Low Pitch
- RAP ☒☐☐ Rapid
- SLO ☐☐☐ Slow
- SOF ☐☐☐ Soft
- STU ☐☐☐ Stutter
- TLK ☐☐☐ Talkative

**15. DEMEANOR**
1 2 3
- UNK ☐☐☐ Unknown
- ANG ☐☐☐ Angry
- APO ☐☐☐ Apologetic
- CAL ☐☐☐ Calm
- EFF ☐☐☐ Effeminate
- IRR ☐☐☐ Irrational
- NER ☐☐☐ Nervous
- POL ☐☐☐ Polite
- PRM ☐☐☐ Profane
- PRO ☐☐☐ Professional
- VIO ☐☐☐ Violent

**16. Weapon used by suspect; Describe in full (handgun, knife, impact, color, length, caliber, etc.)**
Suspect 1: TAN 1999 TOYOTA CAMRY
Suspect 2:
Suspect 3:

**17. Additional description (hat, mask, glasses, clothing, gloves, deformities, tattoos, etc.)**
Suspect 1:
Suspect 2:
Suspect 3:

**18. Type of Vehicle 1 (Make, Model, etc.)**
1999 TOYOTA CAMRY

**Type of Vehicle 2 (Make, Model, etc.)**

**Type of Vehicle 3 (Make, Model, etc.)**

**19. GENERAL CONDITION**
1 2 3
- E ☐☐☐ Excellent
- G ☐☐☐ Good
- F ☒☐☐ Fair
- P ☐☐☐ Poor

**20. INTERIOR DESCRIPTION**
1 2 3
- UNKNO ☒☐☐ Unknown
- BENST ☐☐☐ Bench Seats
- BKTST ☐☐☐ Bucket Seats
- CUSTM ☐☐☐ Custom Interior
- EQADM ☐☐☐ Equip. Added/Missing
- FLSHT ☐☐☐ Floor Shift
- HNGM ☐☐☐ Hanging from Mirror
- ITREW ☐☐☐ Items in Rear Window
- STEAR ☐☐☐ Sticker/Decal
- STKDC ☐☐☐ Sticker/Decal
- UNIPU ☐☐☐ Unique Item
*Describe:

**21. VEHICLE MODIFIED?**
1 2 3
- FRONT ☐☐☐ Front
- LORD ☐☐☐ Low Rider
- LOWER ☐☐☐ Lowered
- RAISE ☐☐☐ Raised
- REAR ☐☐☐ Rear
- OTHER ☐☐☐

**22. TYPE OF WHEELS**
1 2 3
- CHROM ☐☐☐ Chrome Rims
- MAGS ☐☐☐ Mags
- UNIQU ☐☐☐ Customized
- WC ☐☐☐ Spoked

**23. TYPE OF WINDOWS**
1 2 3
- UNKNO ☐☒☐ Unknown
- BKCWS ☐☐☐ Broken/Cracked WS
- BKXWL ☐☐☐ Broken Left Side
- BKCRW ☐☐☐ Broken Rear Window
- BKWRS ☐☐☐ Broken Right Side
- CVRBW ☐☐☐ Covered Windows
- CURTN ☐☐☐ Curtains
- DECPW ☐☐☐ Decal/Plaque in Window
- TNTW ☐☐☐ Tinted Windows

**24. TIRE PATTERN**

**25. SPECIAL FEATURES**
1 2 3
- UNKNO ☐☐☐ Unknown
- LWALT ☐☐☐ Altered Suspension
- CSCPT ☐☐☐ Custom Paint
- DAMFT ☐☐☐ Damage/Front
- DAMSD ☐☐☐ Damage/Side
- EXANT ☐☐☐ Extra Antenna/Spotlight
- LDMUF ☐☐☐ Loud Muffler
- MSPT ☐☐☐ Missing Parts
- PTINS ☐☐☐ Painted Inscription
- RSTPR ☐☐☐ Rust/Primer
- SPRWT ☐☐☐ Special Wheels/Tires
- STKBB ☐☐☐ Sticker/Decal on Body/Bumper
- STKIW ☐☐☐ Sticker/Decal on Window
- VNLTP ☐☐☐ Vinyl Top
- WNBK ☐☐☐ Window Broken
- OTHER ☐☐☐

**26. EXTERIOR DESCRIPTION**
1 2 3
- UNKNO ☐☐☐ Unknown
- BRKRE ☐☐☐ Dark/Reflective Windows
- ROLLB ☐☐☐ Roll Bar
- SUNRO ☐☐☐ Sunroof
- TTOPS ☐☐☐ T-Top

**27. DAMAGE**
1 2 3
- UNK ☐☐☐ Unknown
- FRO ☐☐☐ Front
- LEF ☒☐☐ Left
- NON ☐☐☐ None
- REA ☐☐☐ Rear
- RIG ☐☐☐ Right
- SID ☐☐☐ Side

**28. LIGHTS OUT**
1 2 3
- UN ☒☐☐ Unknown
- HL ☐☐☐ Head Light
- LF ☐☐☐ Left Front
- LB ☐☐☐ Left Rear
- RF ☐☐☐ Right Front
- RR ☐☐☐ Right Rear
- TL ☐☐☐ Tail Light
- OL ☐☐☐ Other Light
*Describe

**BE SURE SUSPECT VEHICLE 1, 2 and 3 CORRESPOND WITH SUSPECT VEHICLES 1, 2 and 3 ON FORM A**

**29. NUMBER OF OCCUPANTS**
1 2 3
- Vehicle No. 1 ☐ 2 ☐
- Vehicle No. 2
- Vehicle No. 3

**30. Additional info:**

| 32. Distribution | | 33. Additional Routing |
|---|---|---|
| ☐ A ☒ C ☐ DA ☐ DE ☐ L ☐ O ☐ SR ☐ V | | Concord Parole Office-Agent Albert Lee |
| ☐ Investigation ☐ Vice ☐ Narcotics ☐ Juv ☐ Coroner | | |
| ☐ Property Ck. ☒ ACS ☐ Intelligence ☐ R.O. ☒ SHC | | |
| ☐ Patrol Captain ☐ Comm. Div. ☐ Marine Patrol ☐ OV Unit | | |
| ☒ Other | | |

| 24. Reporting Deputy (Print) | 26. Date/Time Written | 25. Dispo. |
|---|---|---|
| HARRISON | 11-30-2007 | REF |

| 27. Approving Super (Print) | 28. Supv No. | 29. Date | 30. Page |
|---|---|---|---|
| M Brown | 52143 | 11/30/2007 | 5 of 6 |

FORM D (Rev. 2/90)

Exhibit-B

STATE OF CALIFORNIA                                        RTMENT OF CORRECTIONS AND REHABILITATION

**PAROLE REVOCATION HEARING NOTICE AND WITNESS DETERMINATION**

CDCR 1654  (Rev. 08/05)                    AO: 12/16/07              NLT: 1/10/08

PAGE  1  of  1  PAGES

## SECTION I - PAROLEE INFORMATION

| CDCR NUMBER | NAME (LAST, FIRST, MI) |
|---|---|
| F-17012 | WILSON, Coy |

| AGENT OF RECORD | PAROLE UNIT | TYPE OF HEARING: ☐ REVOCATION EXTENSION | VIOLATION REPORT DATED: |
|---|---|---|---|
| A LEE | CONCORD | ☒ REVOCATION  ☐ PSYCHIATRIC TREATMENT | 12/24/07 |

☐ CUSTODY LOCATION

☐ NOT IN CUSTODY: (ADDRESS)                                                    ( 10-30u )

HEARING SCHEDULED FOR: (DATE) 1-10-08  (TIME) 1ºº pm  (HEARING LOCATION) SQ Panel A

## SECTION II - WITNESSES BEING CALLED

| WITNESSES BEING CALLED | BADGE NUMBER | NOTIFIED *METH | NOTIFIED DATE | WIT. DESIG.** STATUS | WIT. DESIG.** REQ |
|---|---|---|---|---|---|
| A LEE | 7855 | M | 1-4-08 | A | S |
| Deputy Harrison | 67071 | SP | 1-4-08 | A | |
| Dep Moore | | SP | 1-4-08 | A | S |
| | | | | A  1A  A  1A  M | |

| FEARFUL WITNESSES | REASON: |
|---|---|
| | |

| NOTIFICATION METHOD | | **USE ABBREVIATION FOR WITNESS DESIGNATION | | REQUESTED BY: |
|---|---|---|---|---|
| M - MEMO | PC - PERSONAL CONTACT | STATUS: | | S - STATE |
| L - LETTER | SP - SUBPOENA | A - ADVERSE | F - FRIENDLY | P - PAROLEE |
| PH - PHONE | PN - PAROLEE NOTIFY | FW - FEARFUL WITNESS | V - VICTIM | |

Exhibit-B

STATE OF CALIFORNIA                                          RTMENT OF CORRECTIONS AND REHABILITATION

**PAROLE REVOCATION HEARING NOTICE AND WITNESS DETERMINATION**
CDCR 1654 (Rev. 08/05)

PAGE _1_ of _1_ PAGES  ✱ rescheduled hrg from postponed hrg (1-10-08)

## SECTION I - PAROLEE INFORMATION

CDCR NUMBER: F17012   ME (LAST, FIRST, MI): WILSON, COY

AGENT OF RECORD: A. Lee   PAROLE UNIT: Concord I

TYPE OF HEARING: ☐ REVOCATION EXTENSION ☐ REVOCATION ☐ PSYCHIATRIC TREATMENT

VIOLATION REPORT DATED: 12.24.07

☐ CUSTODY LOCATION
☐ NOT IN CUSTODY: (ADDRESS)

(1:00 pm)

HEARING SCHEDULED FOR: (DATE) 1-29-08 (TIME) 1:00 pm (HEARING LOCATION) SQ Panel A

## SECTION II - WITNESSES BEING CALLED

| WITNESSES BEING CALLED | BADGE NUMBER | NOTIFIED *METH | DATE | WIT. DESIG. STATUS | REQ. |
|---|---|---|---|---|---|
| 1. A. Lee | | M | 1/16/08 | A | S |
| 2. Dep. Harrison  served | | SP | 1-15-08 | | |
| 3. R. Block (SHELL) | | SP | 1-15-08 | | |
| 4. B. Agbabiaka | | SP | 1-15-08 | ✓ | ✓ |
| 5. Dep Holder   served | | SP | 1-15-08 | A$ | S |
| 6. | | | | | |
| FEARFUL WITNESSES | REASON: | | | | |
| 7. | | | | | |
| 8. | | | | | |

*NOTIFICATION METHOD
M - MEMO   PC - PERSONAL CONTACT
L - LETTER   SP - SUBPOENA
PH - PHONE   PN - PAROLEE NOTIFY

**USE ABBREVIATION FOR WITNESS DESIGNATION
STATUS:
A - ADVERSE   F - FRIENDLY
FW - FEARFUL WITNESS   V - VICTIM

REQUESTED BY:
S - STATE
P - PAROLEE

BOARD OF PRISON TERMS                                                    STATE OF CALIFORNIA
**REQUEST FOR WITNESSES**
**BPT 1100(b)**    _I Try To give To my ATTorney he didn't even look_

[ ] I want these *witnesses* to help me tell my side of the story:

| NAME (AND CDC# IF APPROPRIATE) | ADDRESS | TELEPHONE |
|---|---|---|
| LALA BRYANT | Their All Homeless | UNKnown |
| B. B. | But They Are Alway AT | |
| MANOR BRYANT | The Shall Gas STATion Every | |
| SWADA | Night Asking for money | |
| | from people. | |
| | In The DayTime They Are AT | |
| | The Bus STop on Bailey in FronT of Mc DoNAld FAST Food. | |

[ ] I want these *witnesses* who have said things against me:

| NAME(AND CDC# IF APPROPRIATE) | ADDRESS | TELEPHONE |
|---|---|---|
| Agbabiaka Guard | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[ ] I DO NOT want to *subpoena* any witnesses:
SIGNED Coy Wilson Jr.                                    DATE 1/12/08

[ ] I WANT to *subpoena* these witnesses:

| NAME LAW ENFoRcement | What this person can say about my case: |
|---|---|
| HARRISON | He Took The RepoT ThAT Night |
| M. Brown Apneving Superv. | |
| ConTRA CosTA County SHeRiff | |
| HARRISon DepuTy #67041 | DepuTy WonG SuPPleMenTAl ReporT for |
| DepuTy WONG ➔ Video footage ADDiTional WiTness STATement and CollecTed |
| NAME Coy Wilson JR.    CDC# F17012    INST/PLACE |

Terms:
    *Witnesses:* People who come to the hearing to talk about the case.
    *Subpoena:* Order to make a person come to my hearing to talk about the case.

BOARD OF PRISON TERMS                                                          STATE OF CALIFORNIA

## PAROLEE – ATTORNEY DECISION FORM
### BPT 1104(b)

ASSESSMENT OFFER OF: _12_ months    INELIGIBLE   ELIGIBLE   (circle one)

---

☐ **NOTICE ACKNOWLEDGEMENT:** I have gotten and understand(or had explained to me) all necessary documents except the following (indicate form, name and description or indicate "N/A" if you got everything):_____

*Select one of the five following options:*

☐ **1. ACCEPT:** I accept the return to custody order (assessment offer) and unconditionally give up my rights to contest the charges against me or have a probable cause or full revocation hearing. I also agree to any and all special conditions of parole imposed on me by the Board of Prison Terms.

☐ **2. OPTIONAL WAIVER:** I accept the assessment offer and optionally give up my right to a hearing (probable cause and full revocation) at this time because local charges have been filed. I may choose to have a hearing later (within 15 days of the end of local proceedings).

☐ **3.** I request a **PROBABLE CAUSE HEARING.** I understand that the assessment offer will remain open until the conclusion of the Probable Cause Hearing.

☐ **4.** I request an **EXPEDITED PROBABLE CAUSE HEARING.** (Please describe reason for this request on separate sheet. Note, an offer of proof is required to show there is a complete defense to the charges that are the basis of the parole hold).

☑ **5. REJECT:** I reject the screening offer, give up ~~my right to a probable~~ cause hearing, and request a full revocation hearing.

   ☐ I intend to **admit** to the charges circled below. (Circle the appropriate charge numbers only; those not circled are presumed to be a plea of either deny or no plea):
   - **Charges I Admit :**   1   2   3   4   5   6   7   8

   _____

☐ I need the following ADA and/or foreign language accommodation for my hearing:_____

☐ **WAIVERS:** I give up my right to the following: (*Select all boxes that apply*)

   ☐ I give up my right to call any witnesses at my full revocation hearing.

   ☐ I give up my right to call my parole agent to attend my full revocation hearing.

   ☐ I need _____ more days to prepare. I give up my right to have a timely (probable cause/full revocation) hearing. (Circle one or both).

| Signature of Inmate/Parolee | ☐ Inmate/Parolee refused to sign/appear (circle one or both). Witness: | Date |
|---|---|---|
| Coy Wilson | | 1/3/ |
| Printed Name and Signature of Attorney | Telephone Number | Date |
| Silas Cervan | 916 445 1637 | 1/3/ |

---

NAME  Wilson, Coy          CDC NUMBER  F17012          INST/REGION  II / Concord 1

BPT 1104-B (Rev 01/05)
Distribution: White-C-file, Green- BPT, Canary- Field File, Pink-Inmate/Parolee, Goldenrod-Attorney of Record

P. S. (ScripTum):

I have The Original police (Sheriff's) report and other evidence Showing The Facts and CurcumsTances That Occured That Night as well as The SecuriTy Guard's Taped Confession

There are Four (4) other wiTnesses and sheriff's officers That will ConFirm This as well as "Video FooTage" That was Available.

Doing my "Due PRocess period NLT ON 1/10/08 was rescheduled Hrg from posTponed Hrg 1-29-08 for my ATTorney Silas Geneson Parole Advocacy Program is a program That arranges for you To have an ATTorney when you are Charged WiTh ViolaTing your parole.

To Subpoena "Video FooTage" for The Hearing of 1-29-08 and sTill No "Video FooTage"!

Exhibit-C

# *PRIORITY CASE*

## SUMMARY OF REVOCATION HEARING AND DECISION

(BPH Rules, Chapter 6, Article 3)

| | |
|---|---|
| Projected Revocation Release Date | |
| Revocation Release Date | |
| Controlling Discharge Date | |
| Discharge Review Date | |

## PRELIMINARY INFORMATION

**Type of Hearing**
PROBABLE CAUSE

**Location of Hearing**

Parolee in custody at Time of Hearing: YES

**Basis for Charges**
Parole Violation Report, Dated:    26-DEC-2007

Police Report Agency    Dated: 30-NOV-2007
CONTRA COSTA CO. S/O

**Optional Waiver**
NO    Date Signed by Parolee:
Date of BPH Action:

Assessment:

**Legal Data**
The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO
The crime for which the parolee was committed to prison occurred on or after 1-1-1979:  YES
Date of arrest on current parole violation charge(s):  16-DEC-2007
Date hold was placed on current parole violation charge(s):  16-DEC-2007

**ADA**   Special Needs:

**Present at Hearing**    Hearing Officer: R ROOS

1. [X] Yes [ ] No  Parolee (If Parolee absent, Why?)
2. [X] Yes [ ] No  Attorney Name: GENESON, SILAS                    [ ] Waived
3. [ ] Yes [X] No  Agent of Record or Substitute:        Reason not present: EXCUSED
4. [ ] Yes [ ] No  Hearing Agent:                        Reason not present:
5. [ ] Yes [X] No  Observers    Name and Organization:
6. [ ] Yes [X] No  Interpreter Assigned Language              Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.* | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| | | | | | | | | | |

*NOTIFICATION METHOD
M = Memo    PC = Personal Contact
L = Letter    SP = Subpoena
PH = Phone    TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION
Status: A = Adverse    Requested by: S = State
F = Friendly    P = Parolee
V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WILSON, COY | F17012 | CONCORD 1 / 2<br>LEE, ALBERT | 03-JAN-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic          Page 1 of 5          PERMANENT ADDENDUM

Exhibit-C

## Preliminary Information (cont.)

H. HEARING:   Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

### ADMISSIONS/DENIALS AND FINDINGS

| Charges | | | PCH | | Plea | | |
|---|---|---|---|---|---|---|---|
| | | | Prob Cause | Dismiss | Admit | Deny | No Plea |
| 1. | 021 | Absconding parole supervision | X | | | X | |
| 2. | 899 | OPEN ALCOHOLIC CONTAINER IN VEHICLE | X | | | X | |
| 3. | 400 | Assault with deadly weapon | X | | | X | |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WILSON, COY | F17012 | CONCORD 1 / 2 LEE, ALBERT | 03-JAN-2008 |

BPH 1103-PCH (Rev. 01/05) Electronic          Page 2 of 5          PERMANENT ADDENDUM

**SUMMARY OF REVOCATION HEARING AND DECISION**

---

### REASON FOR DECISION

**Basis for Conclusion:**

S DENIES THE CHARGES AND WANTS A HEARING

**Basis for Disposition:**

CONTROLLING......PT

SCHEDULE HEARING AND CALL WITS..

---

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WILSON, COY | F17012 | CONCORD 1 / 2<br>LEE, ALBERT | 03-JAN-2008 |

## SUMMARY OF REVOCATION HEARING AND DECISION

### SUMMARY OF DISPOSITION

Parole Referral:  REFER

Custody Status:  In Custody as of 16-DEC-07

[ ] Continue on Parole  [ ] Schedule for Revocation

[ ] Dismiss  [ ] Other Non-Rev Sanction

[X] Parole Revoked-Return to Custody: 12 months

[ ] Serve  [ ] Consecutively  [ ] Concurrently

[ ] Parole Revoked-Return to Custody:  _____ months for Psych Rx

[ ] Time Served:  _____ to _____

[ ] Hold Order:  [ ] Place  [ ] Remove

**3057 Credits**

[ ] Eligible

[X] Ineligible 3057d-1    Reason for Ineligibility:

    [ ] Commitment Offense:

    [X] Revocation Offense:  ADW

    [ ] Parole Violation:

    [ ] Sentenced under PC 1168:

[ ] Unsuitable for credits because of PC 3057(d)(2)(e)

    [ ] Prior Criminal History

    [ ] Circumstances & Gravity of Parole Violation

Specify Reason

---

**Parolee Decision**

[ ] Accept  [X] Reject  [ ] Optionally Waive

**Optional Waivers**

[ ] Previous BPH Action of _____ is:

    [ ] Rescinded  [ ] Reaffirmed

**Special Conditions of Parole**

[ ] Noted  [ ] Reaffirmed  [ ] Amended

**Other**

Special Condition _____ Reason

Instructions to CDCR or DAPO Staff

SCHEDULE HEARING AND CALL AGENT OF RECORD AND ALL
WITS....SECURITY GUARD...AGBABIAKA....CC SERIFF
DEPURTY...HARRISON... WIT RICHARD BLOCK ...CC DEPUTY
HOLDER.....

Miscellaneous Actions

---

### BPH HEARING PANEL

| NAME: | REVOCATION HEARING TIME (MINUTES) | |
|---|---|---|
| NAME: _Roberth Ross_ | 1. Prehearing Prep. Time: | 10 |
| | 2. Actual Hearing Time: | 10 |
| DECISION REVIEW BY: | 3. Report Completion Time: | 10 |
| | 4. Other: | |
| | Total: | 30 |

Hearing Accommodations (ADA) Provided: [ ] Yes  [ ] No

Accom:

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WILSON, COY | F17012 | CONCORD 1 / 2<br>LEE, ALBERT | 03-JAN-2008 |

BOARD OF PAROLE HEARINGS                                                                    STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

## V. OBJECTIONS

[X] None        [ ] Yes

| NAME<br>**WILSON, COY** | CDC NUMBER<br>**F17012** | INST/REGION / AGENT<br>**CONCORD 1 / 2**<br>**LEE, ALBERT** | HEARING DATE<br>**03-JAN-2008** |
|---|---|---|---|

BPH 1103-PCH (Rev. 01/05) Electronic            Page 5 of 5            PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS
STATE OF CALIFORNIA

**\*PRIORITY CASE\***

**SUMMARY OF REVOCATION HEARING AND DECISION**

(BPH Rules, Chapter 6, Article 3)

| | Record Office Use Only |
|---|---|
| Projected Revocation Release Date | |
| Revocation Release Date | |
| Controlling Discharge Date | |
| Discharge Review Date | |

## PRELIMINARY INFORMATION

| Type of Hearing | Location of Hearing |
|---|---|
| REVOCATION | SAN QUENTIN RECEPTION CENTER AT SAN QUENTIN |
| | Parolee in custody at Time of Hearing: YES |

| Basis for Charges | Optional Waiver |
|---|---|
| Parole Violation Report, Dated: 26-DEC-2007 | NO    Date Signed by Parolee: |
| | Date of BPH Action: |
| Police Report Agency    Dated: 30-NOV-2007 | Assessment: |
| CONTRA COSTA CO. S/O | |

**Legal Data**

The crime for which the parolee was committed to prison occurred on or before 12-31-1978: NO

The crime for which the parolee was committed to prison occurred on or after 1-1-1979: YES

Date of arrest on current parole violation charge(s): 16-DEC-2007

Date hold was placed on current parole violation charge(s): 16-DEC-2007

**ADA**   Special Needs:

**Present at Hearing**    Hearing Officer: M BRADY

1. [X] Yes [ ] No Parolee (If Parolee absent, Why?)
2. [X] Yes [ ] No Attorney Name: GENESON, SILAS    [ ] Waived
3. [X] Yes [ ] No Agent of Record or Substitute: LEE, ALBERT    Reason not present:
4. [ ] Yes [ ] No Hearing Agent:    Reason not present:
5. [ ] Yes [X] No Observers    Name and Organization:
6. [ ] Yes [X] No Interpreter Assigned Language    Name

**Witnesses** (continue on the last page if more than 8 witnesses)

| Present | | Name | Notified | | Wit. Desig.* | | Testified | Excused | If absent, state specific reason. |
|---|---|---|---|---|---|---|---|---|---|
| Yes | No | | Meth.* | Date | Stat. | Req. | | | |
| X | | BABATUNDE AGBABIAKA | SP | 15-JAN-08 | A | S | X | | |
| X | | DEP HOLDER-CONTRA COSTA CO | SP | 15-JAN-08 | A | S | | X | |
| X | | R. BLOCK (SHELL GAS STATION | SP | 15-JAN-08 | A | S | X | | |
| X | | DEP. HARRISON #67041-CONTRA | SP | 15-JAN-08 | A | S | X | | |

*NOTIFICATION METHOD

M = Memo    PC = Personal Contact
L = Letter    SP = Subpoena
PH = Phone    TT = Teletype

**USE ABBREVIATION FOR WITNESS DESIGNATION

Status:  A = Adverse    Requested by:  S = State
F = Friendly    P = Parolee
V = Victim

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WILSON, COY | F17012 | CONCORD 1 / 2 | 29-JAN-2008 |
| | | LEE, ALBERT | **TUES** |

Exhibit 1-C

# SUMMARY OF REVOCATION HEARING AND DECISION

## Preliminary Information (cont.)

H. HEARING:    Occurred

REASON:

Specify Witnesses/Documents needed for next hearing:

## SUMMARY OF FINDINGS

### ADMISSIONS/DENIALS AND FINDINGS

| Charges | | | Plea | | | Findings | | |
|---------|---|---|------|---|---|----------|---|---|
| Charge Number | Code Number | Charge Specified | Admit | Deny | No Plea | Good Cause | Dismiss | Postponed |
| 1. | 021 | Absconding parole supervision | X | | | | | X |
| 2. | 899 | OPEN ALCOHOLIC CONTAINER IN VEHICLE | X | | | | | X |
| 3. | 400 | Assault with deadly weapon | | X | | | | X |

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| WILSON, COY | F17012 | CONCORD 1 / 2<br>LEE, ALBERT | 29-JAN-2008 |



PERMANENT ADDENDUM

· BOARD OF PAROLE HEARINGS                          STATE OF CALIFORNIA

## SUMMARY OF REVOCATION HEARING AND DECISION

### REASON FOR DECISION

**Basis for Conclusion:**

AMERICANS WITH DISABILITIES ACT (ADA), EFFECTIVE COMMUNICATION (EC), AND DUE PROCESS (DP) REVIEW DONE VIA DEC, 1073, AND ORAL INTERVIEW OF PAROLEE. NO ADA, EC, OR DP ISSUES NOTED. PAROLEE HAS RECEIVED A COPY OF HIS VIOLATION REPORT AND HAS MET WITH HIS ATTORNEY AND DISCUSSED ANY DEFENSES HE MAY HAVE AND ANY CIRCUMSTANCES IN MITIGATION THAT MAY BE PRESENTED ON HIS BEHALF. PAROLEE IS READY TO GO FORWARD WITH HEARING TODAY. ATTORNEY STIPULATES THAT PAROLEE'S ADA, EC, AND DP RIGHTS HAVE BEEN MET TO DATE. NO LEGAL CAUSE WHY HEARING SHOULD NOT NOW GO FORWARD.

FIND GOOD CAUSE ON ASSAULT WITH A DEADLY WEAPON AND I HAVE PREVIOUSLY FOUND GOOD CAUSE ON ABSCONDING AND HAVING AN OPEN CONTAINER IN AN AUTOMOBILE. CASE WAS CONTINUED AT DEFENSE REQUEST TO SECURE VIDEOTAPE OF INCIDENT. NO VIDEO TAPE OF INCIDENT. HEARD ARGUMENT FROM BOTH SIDES

**Basis for Disposition:**

PAROLEE REQUESTED THAT HE BE ALLOWED TO ATTEND A RESIDENTIAL TREATMENT PROGRAM AND IN CONSULTATION WITH AGENT LEE REMEDIAL SANCTIONS CONSIDERED AND DEEMED APPROPRIATE HERE.

6I WITH A SPECIAL CONDITION THAT PAROLEE ENROLL IN AND COMPLETE A SIX MONTH RESIDENTIAL TREATMENT PROGRAM AT THE DIRECTION OF THE PA. AS PART OF THIS NEGOTIATED PLEA, PAROLEE UNDERSTANDS AND AGREES THAT IF HE TESTS DIRTY BEFORE OR DURING THE PROGRAM, WALKS AWAY OR GETS KICKED OUT OF THE PROGRAM OR IN ANY WAY FAILS TO COMPLETE THIS TREATMENT PROGRAM HE WILL GET 12 MONTHS ON THE VIOLATION OF THIS SPECIAL CONDITION OF PAROLE. PAROLEE WAIVES HIS RIGHT TO APPEAL THIS DISPOSITION BASED ON ANY PROCEDURAL, REGULATORY OR CONSTITUTIONAL DEFECTS.

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|------|-----------|---------------------|--------------|
| WILSON, COY | F17012 | CONCORD 1 / 2<br>LEE, ALBERT | 29-JAN-2008 |

BOARD OF PAROLE HEARINGS                                                STATE OF CALIFORNIA

## SUMMARY OF REVOCATION HEARING AND DECISION

### SUMMARY OF DISPOSITION

Parole Referral:  REFER.

Custody Status:  In Custody as of 16-DEC-07

[ ] Continue on Parole  [ ] Schedule for Revocation

[ ] Dismiss  [ ] Other Non-Rev Sanction ▸

[X] Parole Revoked-Return to Custody: 6 months

Serve [ ] Consecutively [ ] Concurrently

[ ] Parole Revoked-Return to Custody:  months for Psych Rx

[ ] Time Served:            to

Hold Order: [ ] Place  [ ] Remove

**3057 Credits**

[ ] Eligible

[X] Ineligible 3057d-1   Reason for Ineligibility:

 [ ] Commitment Offense:

 [X] Revocation Offense:  400

 [ ] Parole Violation:

 [ ] Sentenced under PC 1168:

[ ] Unsuitable for credits because of PC 3057(d)(2)(e)

 [ ] Prior Criminal History

 [ ] Circumstances & Gravity of Parole Violation

Specify Reason

---

**Parolee Decision**

[ ] Accept  [ ] Reject  [ ] Optionally Waive

**Optional Waivers**

[ ] Previous BPH Action of _____ is:

 [ ] Rescinded  [ ] Reaffirmed

**Special Conditions of Parole**

[ ] Noted  [ ] Reaffirmed  [X] Amended

**Other**

| Special Condition | Reason |
|---|---|
| ENROLL IN AND COMPLETE A SIX MONTH RESIDENTIAL TREATMENT PROGRAM AT THE DIRECTION OF THE PA. SASCA FUNDED IF NEEDED. PAROLEE SHALL NOT POSSESS OR CONSUME ALCOHOL OR ENTER ANY ESTABLISHMENT WHOSE PRIMARY PURPOSE IS SERVICE O | ALCOHOL |

Instructions to CDCR or DAPO Staff

Miscellaneous Actions

---

## BPH HEARING PANEL

NAME:

NAME: Michael K. Brady

DECISION REVIEW BY:

| REVOCATION HEARING TIME (MINUTES) | |
|---|---|
| 1. Prehearing Prep. Time: | 5 |
| 2. Actual Hearing Time: | 50 |
| 3. Report Completion Time: | 5 |
| 4. Other: | |
| **Total:** | 60 |

Hearing Accommodations (ADA) Provided: [ ] Yes [ ] No

Accom:

---

| NAME | CDC NUMBER | INST/REGION / AGENT | HEARING DATE |
|---|---|---|---|
| WILSON, COY | F17012 | CONCORD 1 / 2  LEE, ALBERT | 29-JAN-2008 |

BPH 1103-REV (Rev. 01/05) Electronic          Page 4 of 5          PERMANENT ADDENDUM

BOARD OF PAROLE HEARINGS                                                                                        STATE OF CALIFORNIA
**SUMMARY OF REVOCATION HEARING AND DECISION**

**V. OBJECTIONS**

[X] None     [ ] Yes

**P D 53**

| NAME<br>WILSON, COY | CDC NUMBER<br>F17012 | INST/REGION / AGENT<br>CONCORD 1 / 2<br>LEE, ALBERT | HEARING DATE<br>29-JAN-2008 |

Page 5 of 5

PERMANENT ADDENDUM