Mr. Coy Wilson Jr.
F17012, Gym, Dorm, Bed 234
S.Q.S.P.
S.Q. Ca. 94974

Civil Case No. CV08 1846 TE H



Mr. THELTON E. HENDERSON
United States District Judge
450 Golden Gate Ave.
San Francisco, Ca. 94102
Honorable THELTON E. HENDERSON
Dear Mr. THELTON E. HENDERSON
I am writing you Today To Let you Know I WAS ONLY
ARRested for A Parole Violation ABSCONDING 021 Look AT
Exhibit-A The Second Page from The County My Booking
Number is 2007027267/ WCDF.
This Shooting incident which Occurred was in The Month
of November 30ᵀʰ, 2007 I was Never ARRested on This
day I only pull in This Shall Gas Station To put Air in
My Car Tire And ThAT was iT.
Now This Security Guard STrangly wAlk over To The Air pump
Acting JusT like he was A Police officer And he never said
I was ARRested for ANYThing he Seem a Beer in My Console
of my Car And he Ask for iT I Gave iT To him ThAT was iT
I was Never ARRested for ANY misconduct AT All So
I STArTed my Car And drove away from The Security
Guard And he Shot At me The mosT ImporTanT
Video fooTage is ThAT Tape All of This ThAT I JusT SAy
is TRue!

This whole incident AT This Shall STATION is on Shell
GAS STATION Video footage, iT on Their pRopeRTy.
  Sheriff wong CollecTed The Video footage he work
wiTh The Sheriff Agency. ACCoRding To The Sheriff
repoRT iT sTaTe ThaT Sheriff wong collecTed This
Video fooTage.
  And This VideofooTage would ClearLy show my
INNoceNT ThaT I Never TRy To RuN This SecuriTy
GuaRd oueR wiTh my CaR.
  He lie To The SheRiff because he uNHolsTeRed
his weapon io shoT aT me fRom behind as I cRoue
away fRom him And ThaT The TRue!
  And oNLy I AND God Know ThaT The TRue iNTil
They GeT ThaT VideofooTage and look aT iT.
  Im TRying so hard To geT SomeoNe To DemaNd ThaT
Video fooTage ThaT Sheriff woNg CollecTed.
IT Almost been Six (6) moNTh now siNce This incident
lasT year NovembeR 30Th 2007.
  STemmed fRom A monTh laTeR I came io CoNTacT
wiTh CoNTra CosTa CouNTy SheRiff my parole officeR
had place a parole Hold warraNT foR my ARResT foR
ABSCONDING 021 And ThaT is The reasoN I was ARResTed.
  I was NeueR ARResTed foR Charges of ASSAULT
wiTh a DeaDLy weapoN oR The DisTricT ATToRNey
office Never filed Charges because I Neuer
TRy To RuN This SecuriTy GuaRd oueR This was
his accusaTioNs To The SheRiff DeparTmeNT

So he lie To The Sheriff And he lie here in SAN Quentin Board of Parole Hearings.

The True is in The Video footage ThaT The only hard Evidence I have To depend on.

I forward letter's Trying To find A ATTorney I would like To ask The Court To help with a ATTorney Please. That Exhibit- E.

I filed A writ of Habeas Corpus with The County of marin Superior Court because I wanted To Appeal my Parole Board of Parole Hearings This is Exhibit-F I foward The Superion Court writ To you.

My SAN Quentin ASsigned ATTorney MR. Silas Geneson Never Told me he believe I was innocent so I don't Think he really Try hard To get This Video footage

I Plead To you Honorable Judge THELTON E. HENDERSON To ASsigned me with a ATTorney To help me recover relief That I may be entitled To.

THANK you very much for your Time and PaTience in This imporTant MATTer.

Sincerely, yours.

Mr. Coy Wilson Jr.

I have a forward address My SiSTer ApartmenT were I can get my mail 155 Hill sT #3 Baypoint, Ca. 94565

① Copy 5:30 pm Monday

APR 2 4 2008

Civil Case No. C V 08 1846

STATE OF CALIFORNIA
CA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|------|----|--------|--------|
| April 21, 08 | Trust Account | Wilson | F17012 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB NUMBER | FROM | TO |
|---------|-----------|-----------------|-----------|------|-----|
| Gym-Bed 234 | 234 | Kitchen 7 days a week | | | |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM 4:30 AM TO 11 PM

Clearly state your reason for requesting this interview.

You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I Must Submit This Court's Current Prisoner's In Forma
Pauperis Application EnClosed is Certificate of Funds in Prisoner's
Account Completed and Signed by an Authorized officer at The prison.
I need it Sign I have A Deadline before May 6, 08 Thank you

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY

DATE 4-28-08

DISPOSITION

I sent your six month cert. to your counselor on 4-28-08 per Harris
to see him on the fee concerning your funds.

THANK you very much for your contribution to This important matter.

Sincerely Yours,

Coy William Jr.

I have a copy for myself.

STATE OF CALIFORNIA                                                                      DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | 14 |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Cox Wilson Jr. | F17012 | SAN QUENTIN RECEPTION CENTER | GYM, Dorm 234 |

A. Describe Problem: IM IN THE UNITED STATES DISTRICT COURT CASE Number CVO81846 I have A DEADline for Authorized officer of The INSTITUTion To COMPLETED Sign IN Send back To Me To MAil out before MAy 6, 08 or before I get TRANSFER. I've been Confine from DEC 26, 07 NO MONEY IN ACCOUNT ANd NO MONEY WAS MAil IN. SIX MONTh NO MONEy.

If you need more space, attach one additional sheet.

B. Action Requested: To have TRUST ACCOUNT Officer Sign My Certificate of Funds in Prisoner's ACCOUNT

Inmate/Parolee Signature: Cox W. Wilson Jr.                          Date Submitted: April 21, 08

C. INFORMAL LEVEL (Date Received: 4-28-08 )

Staff Response: DENIED - I HAVE Sent your cert. to your Counselor, you HAVE to get the cert. FROM them BECAUSE they HAVE to WATCH you sEAl IN the Envelope. And MAil It out.

Staff Signature: L Nele                                      Date Returned to Inmate: 4-28-08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____                          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

April. 28, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MR. Coy Wilson Jr.                    Civil Case No. CV081846
F17012, Gym, Dorm 234                 No. C08-01846
S.O.S.P
S.Q. CA. 94974

MR. THELTON E. HENDERSON
United States District Judge
450 GOLDEN GATE AVE,
San Francisco, Calif. 94102

HONORABLE THELTON E. HENDERSON

I'm writing Sir in honor Truly Saying Thank you
for The ORDER GRANTING EXTENSION OF Time To SUBMIT
COMPLETE IN FORMA PAUPERIS APPLICATION NO. C08-01846
TEH (PR) Enclosed I have CERTIFICATE OF FUNDS IN
PRISONER'S ACCOUNT.
I mail To you Already Prisoner Trust ACCOUNT STATEMENT
Showing TransSacTions for The last Six months.

THE Trust office here Take So long To Received any
Type of paper work from Their office I put in A
inmate Request And A 602 Complain Asking for Another
Copy of Prisoner Trust ACCOUNT STATEMENT Showing
TransSacTions I'll Send That As Soon As Possible.

Sincerely, Yours.
Mr. Cory Wilson Jr.

I have a forward address My Sister Apartment were I
CAN get my mail  155 Hill ST #3  Baypoint, CA. 94565

TEH

PR

Case Number: CV 08-1846 TEH

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account
statement showing transactions of Coy Wilson Jr. for the last six months
San Quentin where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the
most recent 6-month period were $ 0 and the average balance in the prisoner's
account each month for the most recent 6-month period was $ 0 .

Dated: April 19, 2008                    N. Jones CC1 /4/28/08
                                         [Authorized officer of the institution]

- 5 -

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number _____

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's <u>In Forma Pauperis</u> Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an <u>In Forma Pauperis</u> Application.

2. _√_ the <u>In Forma Pauperis</u> Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's <u>In Forma Pauperis</u> Application.

   _____ Your <u>In Forma Pauperis</u> Application was not completed in its entirety.

   _____ You did not sign your <u>In Forma Pauperis</u> Application.

   _√_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _√_ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   _____ Other _____

Enclosed you will find this court's current Prisoner's <u>In Forma Pauperis</u> Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's <u>In Forma Pauperis</u> Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,

RICHARD W. WIEKING, Clerk,

By _____
                    Deputy Clerk

rev. 11/07

WILSON

*Law Offices of John L. Burris*

April 12, 2008

San Quentin State Prison
Mr. Coy Wilson, Jr.
Doc# F17012, Gym Dorm, Bed 234
San Quentin, Ca. 94974

Re:  Legal Representation

Dear Mr. Coy Wilson, Jr.:

After careful consideration, we have concluded that it is not feasible for this law firm to represent you. This is not intended to be an opinion concerning the merits of your case; we are merely indicating that we are unable to represent you.

If you intend to pursue these claims, you should immediately contact another attorney to obtain legal representation. You should be aware that there are strict time limitations within which you must act in order to protect your rights in this matter. Failure to file a lawsuit within the requisite time may mean that you could be barred forever from pursuing your action.

We regret that we could not take your case and we wish you success in pursuing the matter with other counsel.

Sincerely,

THE LAW OFFICES OF JOHN L. BURRIS

Dictated by writer but not read;
Mailed in His Absence to Avoid Delay

John L. Burris, Esq.
JLB:tb

Looking for Attorney Please

To whom it may concern 9th Circuit Court don't Give up.

Thursday, February 28, 2008      CV081846

Mr. Coy Wilson, Jr.
F-17012, Gym Dorm, Bed #233
S.Q.S.P.
S.Q, CA.    94974

Mr. John Burris, Attorney at Law
7677 Oakport St., Ste.1120
Oakland, CA.    94621

         Dear Sir,

      I am writing you today because
of an incident which occurred at the
Shell Gasoline Station on the corner of
Bailey Road and Canal Road in the
City of Baypoint, California on the
30th of November, 2007 at 2243 hours
(10:43 PM) and also according to the
(Police Report) Contra Costa County Sheriff's
report # 07-29733.

         Sir, this report states in part that
Sheriff's Deputies were dispatched to a
report of a Shooting, of which I was
the victim and by the grace of GOD I
was not Shot but the bullet did...
            (1 of 6)

hit the left rear wheel of my car
a Toyota Camry.

Mr. Burris, I have heard that you are
a very good person and an even better
attorney. Please, sir, please represent
me in recovering damages to my vehicle
as well as to myself which were inflict-
ed by the Security Guard working
at the Shell Gasoline Station on
the corner of Bailey Road and Canal Road
in the city of Baypoint, California.

The name of the security guard in this
unprovoked Aggravated Assault is:
Mr. Babatunde Agbabiaka, age 22
(twenty-two) who is an armed
Security Guard with Diablo Security
Company who was doing a security
check at the above mentioned Shell
Gasoline Station.

Mr. Burris, Sir, I am now suffering very
extreme and debilitating mental and
psychological and emotional as well
as physical problems and distress
due to this frightening and horrible...

(2 of 6)

experience frequently waking me from my sleeping hours in cold sweats and I am now suffering from physical symptoms that have resulted in hernia problems in my abdomen and I have problems with pain and debility in my cervical spine (neck), so far.

Mr. Burris, sir, the security Guard mention ed here Mr. Babatunde Agbabiaka unholstered his gun, a XD-45 ACP, and shot at me (at my back and rear of my automobile) as I was driving away from the Shell Gasoline Station and proceeding down Canal Road just before turning onto Bailey Road because, as I understand according to his litigative and statements to me that I had a can of Beer in the console of my automobil. is what he stated.

question or detain;

Mr. Burris, sir, I realized that Mr. Agbabiak had no reason to harass me and was acting very strangly toward me and therefore I gave him a valid "CDC Identification Card" and proceeded to leave and as I exited

That I also had on me.

(3 of 6)                    Continued over.

the driveway onto Canal Road I heard
the recoil of a large firegun and realized
he was shooting ~~at~~, at me, and I
~~went~~ home and stayed in the house
very scared for my life.

I became
very villain
afraid
That he had
lost his min
so I went
Home

Mr. Burris, sir, I had only stopped to
put air in my tires and there is video
footage supporting this as recorded
in the ~~████~~ Sheriff Deputy's report
ie. Deputy Wong per my copy of the
report. There is also Audio Taped
Testimony of Mr. Agbabiaka's confess-
ion that he shot at my cars rear
tire during a parole revocation hearing
which resulted from this incident and
the Commissioner over the hearing also
found that Mr. Agbabiaka had no
legal right to fire his pistol at me
because he also is not a police officer
However, ~~████~~ given my parole was
revoked and I am currently in San
Quentin for violation of parole agreement
stemming from this Security guards accusation
~~████████████~~ Which are slanderous
and defamatory of my character.

Continued...

(4 of 6)

Mr Burvis, Sir, The Video Footage will reveal my innocence in this matter and the fact that I was never arrested or charged for any misconduct whatso ever by the Contra Costa County Sheriff Deputies or District attorney's office even though they responded to this attack on my person and property (and the property has sentimental value and to me is priceless, because; my father left it to me as an inheritance upon his demise) and took pictures of the bullet hole in the rear of my car inflicted by the Security Guard Mr. Agbabiaka.

Mr. Burvis, Sir, I am now suffering excessively and find this situation to be very hard to deal with psychologic ally and emotionally punctuated with extreme depression and stress and I am very taken aback by this mis carriage of justice.

Continued...

(5 of 6)

Mr. Burris, sir, I plead with you to represent me in this civil lawsuit and to help me in recovering all forms and methods and measures of relief that I may be entitled to.

Mr. Burris, sir, this man had no right or cause to shoot his firearm at me, and I have all documented and Audio evidence of his statements and the vest is available at the Contra Costa County Sheriffs Department and video footage was given to Deputy Sheriff Wong.

Thank you very much for your time and patience in this important matter.

Sincerely Yours,

Mr. Coy Wilson, Jr.

( 6 of 6 )

# BINGHAM

Briana Rosenbaum
Phone: (415) 393-2000
Fax:      (415) 393-2287

March 27, 2008

**CONFIDENTIAL - LEGAL MAIL**

**Via US Mail**

Coy Wilson, Jr., #F-17012
Gym Dorm, Bed 233
San Quentin State Prison
San Quentin, CA  94974

**Re:  *Valdivia v. Schwarzenegger***
      **United States District Court, Eastern District of California**
      **Case No. S-04-671-LKK/GGH**

Dear Mr. Wilson:

We are in receipt of your letter dated March 6, 2008. I regret to inform you that while our law firm contributes to a number of prisoners' rights class actions, we do not handle individual lawsuits against the California prison system and are unable to assist you with the matter described in your letter. We are returning the materials you sent to us.

Although your question is not directly related to the case, I believe our *Valdivia v. Schwarzenegger* information packet may be helpful to you. A copy is enclosed. I am sorry that we cannot provide further assistance at this time. I wish you luck with your claim.

Sincerely yours,

Briana Rosenbaum

Briana Rosenbaum

Enclosures

*Check if applicable:*
Valdivia Information Packet ____
Original Client Documents ____

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com

## ROSEN, BIEN & GALVAN, LLP

ATTORNEYS AT LAW
POST OFFICE BOX 390
SAN FRANCISCO, CALIFORNIA 94104

March 20, 2008

## **CONFIDENTIAL - LEGAL MAIL**

Cory Wilson, Jr. F-17012
San Quentin State Prison
General Delivery
San Quentin, CA 94964-9999

   Re: *Valdivia v. Schwarzenegger*
     Our File No. 720-1

Dear Mr. Wilson:

  This is in response to your letter dated March 14, 2008, which we received on March 19, 2008. Please be assured that we have read your letter carefully to see if what you wrote about is part of one of our cases against the prison system. Where we can help, we may ask you for more information, or provide you with information. We are not able to send a personal response to every letter we receive. If we need more information from you, or if we have important information to give you, we will write back to you. **If not, this is the only response you will receive.** We are returning any original documents you may have sent to our office.

  We represent the class of California parolees in a lawsuit known as *Valdivia v. Schwarzenegger.* The *Valdivia* case is about the hearings that parolees are entitled to before the state can return parolees to prison on charges of parole violations. The court in Valdivia ordered the state to change the way parole revocation works. Some of these changes are appointment of counsel for all parolees, notice of charges and rights, preliminary hearings on whether a parolee should be held for a final hearing, and a final hearing with certain rights to present and challenge evidence. (If we have not already sent you an information packet on the *Valdivia* case, we will enclose one with this letter.)

  Refer to Question 12 (page 7) of the enclosed *Valdivia* FAQ for information on how to make a complaint about ineffective assistance of counsel.

  Please note that the BPH does not have an administrative appeals process, and you must file a petition for writ of *habeas corpus* to challenge a Board of Parole Hearings action. I have enclosed a packet of instructions and forms for *habeas corpus* petitions.

  I have enclosed several CDC 602 forms, as you wrote that they are unavailable at San Quentin.

CV081846

CONFIDENTIAL LEGAL MAIL
Cory Wilson, Jr. F-17012
March 20, 2008
Page 2

    Thank you for writing, and good luck.

                Sincerely,

                ROSEN, BIEN & GALVAN, LLP

                By: Maya Weltman-Fahs
                    Paralegal

SH:mwf
Encl: VFAQ, 602 (5), Habeas – State



UNIVERSITY OF THE
PACIFIC
McGeorge School of Law

April 10, 2008

Coy Wilson Jr. F17012
San Quentin State Prison Gym Bed 234
San Quentin, CA 94974-9999

RE:     Parole Hearing – Writ of Habeas Corpus

Dear Mr. Wilson,

You contacted our office regarding your parole case and are interested in filing an
appeal regarding the outcome of your parole hearing. The appeal you are requesting is
a Writ of Habeas Corpus.

**California**
**Parole Advocacy**
**Program**

3200 Fifth Avenue

Sacramento, CA 95817

Tel  916.733.2808

Fax  916.452.7491

paroleprogram@pacific.edu

Unfortunately, the California Parole Advocacy Program does not provide legal
representation for the drafting and filing of writs. However, this does not preclude
you from filing your own writ. Therefore, enclosed you will find the following forms:

1.     Request for Copy of the Record of the Hearing (Revocation Hearing); and
2.     Petition for Writ of Habeas Corpus.

Requesting a Copy of the Tape

You must complete a copy of the request form (Form BPT 1084). You must mail this
form to the following address:

Board of Parole Hearings
Data Processing Unit
P.O. Box 942883
Sacramento, California 94283-0001

No fee is charged for filing a writ of habeas corpus. For item number 16, page six of
the petition, check the box "no," if you are not currently represented by counsel. If
you need legal representation, you should write that you are requesting an attorney to
represent you in the event the court issues an Order to Show Cause, and that you are
incarcerated and have no funds to hire an attorney. In this manner, an appellate panel
attorney may be appointed to represent you.

Very truly yours,

Andrew Walker by thn

Andrew Walker
California Parole Advocacy Program

# ROSEN, BIEN & GALVAN, LLP

ATTORNEYS AT LAW
POST OFFICE BOX 390
SAN FRANCISCO, CALIFORNIA  94104

March 12, 2008

## CONFIDENTIAL - LEGAL MAIL

Coy Wilson, Jr.  F-17012
San Quentin State Prison
General Delivery
San Quentin, CA  94964-9999

> Re:   Your Request for Representation
>        Our File No. Admin-2

Dear Mr. Wilson:

This is in response to your letter dated March 6, 2008, which we received on March 10, 2008.  Please be assured that we have read your letter carefully to see if what you wrote about is part of one of our cases against the prison system.  Where we can help, we may ask you for more information, or provide you with information.  We are not able to send a personal response to every letter we receive.  If we need more information from you, or if we have important information to give you, we will write back to you.  **If not, this is the only response you will receive.**  We are returning any original documents you may have sent to our office.

You wrote to our office asking for representation.  Unfortunately, we are unable to assist you with any individual lawsuit or with the issues that you raise in your letter.  If you wrote to our office asking for copies of legal materials, we are unable to assist you because we are not set up as a law library, and lack the resources to fulfill individual requests.

Although we do not have the resources to take on or examine new cases brought by inmates, we are involved in a number of class action lawsuits on behalf of inmates and parolees.  If you feel that you are possibly a class member of any one of these cases, feel free to write to us again.

The *Armstrong* lawsuit was brought against the CDCR and Board of Parole Hearings (BPH) on behalf of inmates and parolees with mobility, vision, hearing, kidney, and learning disabilities.  (The part of the case against the BPH also covers inmates and parolees with developmental disabilities.)  If you have one of these disabilities, you are a member of the plaintiff class.

The *Coleman* lawsuit was brought on behalf of inmates with serious mental illness.  The court ordered the CDCR to make certain changes in the delivery of their mental health services.  If you have serious mental health issues, you are a member of the plaintiff class.

The *Valdivia* lawsuit is a federal class-action lawsuit about the parole revocation process.  If you are a California parolee, you are part of the *Valdivia* plaintiff class, whether you are out on parole, being held on revocation charges, or serving a revocation

CONFIDENTIAL LEGAL MAIL
Coy Wilson, Jr. F-17012
March 12, 2008
Page 2

term. The *Valdivia* case involves your right to an attorney, notice of the charges against you, and a timely and fair hearing.

The *Hecker* lawsuit is a federal class action lawsuit to challenge policies that keep people with mental illness out of prison and parole programs, such as jobs, education, and correct security levels. This lawsuit is just starting. If you have a serious mental illness, you are probably a member of the *Hecker* class (and the *Coleman* class described above).

If you are considering your own lawsuit, please note that any claims you may have are subject to legal time constraints and requirements. If you do not pursue your claims both through the CDCR grievance procedure and the courts, or if you wait too long before filing a complaint, your legal claims could be barred by the relevant statute of limitations and/or the exhaustion doctrine. In the California grievance system, you must file your appeal (CDC Form 602 or 1824) within 15 working days (3 weeks) of the action you are challenging. Be sure to file a challenge to any negative appeal or grievance responses (such as CDCR 602s or CDCR 1824s) you have received at the next level as soon as possible so you comply with all appeal deadlines.

You can contact the Lawyer Referral Services Program at:

> **Lawyer Referral Services Program**
> **The State Bar of California**
> **180 Howard Street**    ← I've writing
> **San Francisco, CA 94105**

Thank you for writing, and good luck.

Sincerely,

ROSEN, BIEN & GALVAN, LLP

By: Marisa Diaz
Paralegal

FNM:md



April 14, 2008

**VIA U.S. MAIL**

Mr. Coy Wilson, Jr., F-17012
Gym Dorm, Bed 234
S.Q.S.P.
San Quentin, CA, 94974

      RE: Request for Legal Assistance

Dear Mr. Wilson:

      Your letter to the American Civil Liberties Union of Northern California has been received. Unfortunately, we are unable to offer you legal advice or assistance. The ACLU is a private, non-profit organization and our limited resources do not allow us to function as a general provider of legal services. Nor can our small staff do research or investigate many of the problems that come to our attention, no matter how legitimate they may be. In general, we must confine our involvement to a limited number of cases which raise new constitutional issues or which affect large numbers of people, and these are usually at the appellate level. Because of these criteria, we will not be able to provide you with legal assistance.

      If you wish to retain the services of an attorney, consult an attorney, or discuss how your situation can be handled without an attorney, the California State Bar Lawyer Referral Services Program may be of assistance to you.

Lawyer Referral Services Program (LRSP)
State Bar of California
180 Howard Street
San Francisco, CA 94105
Hotline: 866-442-2529
Email: LRS@calbar.ca.gov
www.calbar.ca.gov

      Again, we regret that we cannot be of assistance to you.

Looking for Legal Assistance
Attorney Help.

                           Sincerely,

                           *Pat Johnson*
                           Pat Johnson
                           Legal Assistant

MC-275

Name _Coy Wilson Jr._

Address _San Quentin State Prison_

_San Quentin CA 94974_

FILED

CDC or ID Number _F17012_

MAR 2 6 2008

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: C. Tai, Deputy

_In The Superior Court of California_
_County of Marin_
(Court)

Petitioner _Coy Wilson Jr_

vs.

Respondent _State of California_

**PETITION FOR WRIT OF HABEAS CORPUS**

No. _SC158416 A_

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- **If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.**

- **If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.**

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

**PETITION FOR WRIT OF HABEAS CORPUS**

Page 1 of 8
Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC–275

**This petition concerns:**

- [ ] A conviction
- [x] Parole
- [ ] A sentence
- [ ] Credits
- [ ] Jail or prison conditions
- [ ] Prison discipline
- [ ] Other (specify): Revocation Hearing

1. Your name: Mr. Coy Wilson Jr.

2. Where are you incarcerated? San Quentin State Prison

3. Why are you in custody? [x] Criminal Conviction [ ] Civil Commitment

*Answer subdivisions a. through i. to the best of your ability.*

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

Petty Theft with Prior 666 Controlling Case 08/20/2005 2/23/2006 CC 050518472 2/06/2006

b. Penal or other code sections: P.C. 666

c. Name and location of sentencing or committing court: Contra Costa County P.O. Box 391 Martinez, California 94533

d. Case number: 050518472

e. Date convicted or committed: 08/20/2005

f. Date sentenced: 08/20/05

g. Length of sentence: Two years with Half

h. When do you expect to be released? 11-07-06

i. Were you represented by counsel in the trial court? [x] Yes. [ ] No. If yes, state the attorney's name and address:

N/A

4. What was the LAST plea you entered? *(check one)*

- [ ] Not guilty [ ] Guilty [x] Nolo Contendere [ ] Other:

5. If you pleaded not guilty, what kind of trial did you have?

- [ ] Jury [ ] Judge without a jury [ ] Submitted on transcript [ ] Awaiting trial

6. GROUNDS FOR RELIEF

MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

On January 10th 2008, at The Probable Cause hearing; I Pleaded and requested for reTrival of The "Video FooTage" To be Subpoenaed or other wise be broughT in as Evidence in my hearing and Ten(10) days later on January 29, 2008 The "Video FooTage" which was

a. Supporting facts:

Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at *what time* (*when*) or place (*where*). (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

I was Found GuilTy, in Violation of my "Due Process Rights" Of ASSAulT wiTh a deadly weapon my (AuTomobile) in The Absence of "Video FooTage" ThaT would have Clearly Shown my inNocence or GuilT in The MatTer wiTh Total disregard To My requesT For Subpoena of The "Video FooTage" which was Collected by The ConTra Costa CounTy Sheriff's DepT. Via. Sheriff's DepuTy Wong. Per Sheriffs reporT #07-29733. In view of This FacT Conclude:
1.) My ATTorNey had a ConflicT of inTeresT and was ineffecTive Counsel. 2.) DepuTy Commissioner MicHAel K, Brady Performed and executed miscarriage of JusTice PosT-HASTe in his Finding of Good Cause for RevocaTion and TerminaTion Of my 3057 CrediTs (Half-Time) EligibiliTy.
Please See The ATTach ExhibiT – A. #of Pages 14
Please see The ATTach ExhibiT – B - # Pages 5 And ExhibiT-C- #of pages 10.

b. Supporting cases, rules, or other authority (optional):

*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

DATE 11/30/07 ReporTing DepuTy Harrison Approving Supervisor Sheriff's M, Brown, Supv. #52143 Also DepuTy Holder wiTness AT Hearing ✻ DR no. 07-29733 Block, Richard ATTendanT on DuTy Employee No. 57041 Disp of Evidence ConCord Evidence

ExhibiT- D Audio Taped's TesTimony of Hearing I Now have wiTh me!

7. **Ground 2 or Ground** _____ *(if applicable):*                    MC–275

Collected by Sheriff's Deputy Wong, of The Contra Costa Co. Sheriff's Dept. was still held back and not viewed in support of My Testimony of Innocence or otherwise used as Evidence of Guilt or Innocence.

a. Supporting facts:

The Commissioner "Solely" relied on hearsay disregarding hard Evidence.

I Also have The Audio Taped's Testimony That Security Guard Shot at me off Duty when Their were No Crime Committed. ACTion Requested: 1) Dimiss Good Cause Finding by Deputy Commissioner Michael K, Brady on ASSAULT with a deadly weapon. 2) Restore 3057 (Half-Time) Eligibility. 3) View "Video Footage" of Incident resulting in Charge of ASSAULT with a deadly weapon and determine guilt or innocence beyond a reasonable doubt. Also, Due To Problems with The Budget being unsigned by The Governor" and what I was Told by Correctional STaff member here in San Quentin's Reception Center in Addition To The Budget Problem CDC 602 Forms and many other Forms for inmate use we're out of Supply; There fore, I have only Just been able To File.
Please Help me

b. Supporting cases, rules, or other authority:

City Code: Mul/20 Crime Classification (245A) My Report No.# 07-29733
My Case No.# LS07-024843

8. Did you appeal from the conviction, sentence, or commitment?    ☐ Yes.   ☒ No.  If yes, give the following information:

a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): _____

b. Result _____    c. Date of decision: _____

d. Case number or citation of opinion, if known: _____

e. Issues raised:  (1) _____

   (2) _____

   (3) _____

f. Were you represented by counsel on appeal?  ☐ Yes.  ☐ No. If yes, state the attorney's name and address, if known:

   _____

9. Did you seek review in the California Supreme Court?  ☐ Yes  ☒ No.  If yes, give the following information:

a. Result _____    b. Date of decision: _____

c. Case number or citation of opinion, if known: _____

d. Issues raised:  (1) _____

   (2) _____

   (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:  N/A

_____

11. Administrative Review:

a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

   The California Board of Parole Hearing No longer
   Has An Appeal System Appellant Now go Strigth
   To The Court Via Writ of Heabus Petition

b. Did you seek the highest level of administrative review available?  ☒ Yes.  ☐ No.

   *Attach documents that show you have exhausted your administrative remedies.*

MC-275 [Rev. January 1, 2007]               **PETITION FOR WRIT OF HABEAS CORPUS**                          Page 6 of 6

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, **MC–275**
commitment, or **issue** in any court?    ☐ Yes. If yes, continue with number 13.    ☒ No. If no, skip to number 15.

13. a. (1) Name of court: _____

(2) Nature of proceeding (for example, "habeas corpus petition"): _____

(3) Issues raised: (a) _____

(b) _____

(4) Result *(Attach order or explain why unavailable):* _____

(5) Date of decision: _____

b. (1) Name of court: _____

(2) Nature of proceeding: _____

(3) Issues raised: (a) _____

(b) _____

(4) Result *(Attach order or explain why unavailable):* _____

(5) Date of decision: _____

c. *For additional prior petitions, applications, or motions, provide the same information on a separate page.*

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:
_____
_____

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See *In re Swain* (1949)
34 Cal.2d 300, 304.)

N/A
_____
_____

16. Are you presently represented by counsel?    ☐ Yes.    ☒ No. If yes, state the attorney's name and address, if known:
_____
_____

17. Do you have any petition, appeal, or other matter pending in any court?    ☐ Yes.    ☒ No. If yes, explain:
_____
_____

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

No
_____
_____

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California
that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief,
and as to those matters, I believe them to be true.

Date: 3-19-08    ▶    Cay Wilson
    (SIGNATURE OF PETITIONER)

**Los Angeles County Superior Court** (north)
1040 West Avenue J, PO Box 1898
Lancaster, CA 93534

or

**Los Angeles County Superior Court** (main)
111 North Hill Street
Los Angeles, CA 90012
CSP-Los Angeles County

**Madera County Superior Court**
209 West Yosemite Avenue
Madera, CA 93637-3596

**Marin County Superior Court**
3501 Civic Center Drive, PO Box 4988
San Rafael, CA 94903
CSP-San Quentin

**Mariposa County Superior Court**
5088 Bullion Street, PO Box 28
Mariposa, CA 95338-0026

**Mendocino County Superior Court**
PO Box 996
Ukiah, CA 95482-3744

**Merced County Superior Court**
627 West 21st Street
Merced, CA 95340-3744

**Modoc County Superior Court**
205 South East Street
Alturas, CA 96101

**Mono County Superior Court** (south county)
PO Box 1037
Mammoth Lakes, CA 93546
or
**Mono County Superior Court** (north county)
PO Box 494
Bridge Port, CA 93517

**Monterey County Superior Court**
1200 Aguajito Road
Monterey, CA 93942-4896
Correctional Training Facility,
Salinas Valley State Prison

**Napa County Superior Court**
825 Brown Street
Criminal Courts Building
Napa, CA 94559
or
**Napa County Superior Court** (Main )
1111 3rd Street
Napa, CA 94559

**Nevada County Superior Court**
201 Church Street, #7
Nevada City, CA 95959-2505

**Placer County Superior Court**
101 Maple Street
Auburn, CA 95603-5012

**Plumas County Superior Court**
520 Main Street, Room 104
Quincy, CA 95971

**Riverside County Superior Court**
4050 Main Street
Riverside, CA 92501-3703
or
**Riverside County Superior Court** (Blythe)
265 North Broadway
Blythe, CA 92225
California Rehabilitation Center
Chuckawalla Valley State Prison,
Ironwood State Prison

**Sacramento County Superior Court**
720 9th Street
Sacramento, CA 95814-1398
Folsom State Prison

**San Benito County Superior Court**
440 5th Street, Room 205
Hollister, CA 95023-3892

**San Bernadino County Superior Court**, Chino
District
13260 Central Avenue
Chino, CA 91710
California Institution for Men, California
Institution for Women

MR. Silas Geneson will not Answer. Any of my
Letters I send him
CV081846



The California Parole Advocacy Program (CalPAP) is a program that arranges for you to
have an attorney when you are charged with violating your parole. CalPAP is not part of the
California Department of Corrections and Rehabilitation (CDCR), Parole, or the Board of
Parole Hearings (BPH). CalPAP is part of the University of the Pacific's McGeorge School of
Law.

CalPAP has assigned your case to an attorney who will represent you. Your attorney may
give you a phone number where you can call him or her directly. Your attorney's phone
number is written below.
You may also leave a message for your attorney by contacting CalPAP at the telephone
number listed below.

Your attorney will be representing you at your hearing, and is responsible for managing your
case and giving you advice. You should always try to ask your attorney questions about your
case first. CalPAP staff will be able to provide you with limited information about your case.

**Assigned Attorney** _Silas Geneson_

**Contact Telephone** _(415) 558-6379_

**CalPAP Regional Office**
**Larkspur**
**PO Box 319**
**San Quentin, CA 94964**
**(415) 464 - 0574 - Collect Calls Accepted**

ReQuesT For Copy oF The Record oF Hearing
    B P H  TApe RequesTs
    P O. Box 4036
    SAcramenTo CA. 95812

CalPaP Regional Office                              4-17-08
Larkspur
P. O. Box 319
SAN Quentin, CA. 94964
MR. Silas Genesoor

Coy Wilson Jr.
F17012, Gym, Bed 234
S.Q. S.P.
S. Q. CA. 94974

MR. Silas Genesor P.S. Post (scripTum);
I have The original Police Sheriff's report but I
need The rest of The paper work with picture of my car
showing my license plate of my car That you now have
I need iT as soon as possible I have all The other evidence
showing The FacTs and CurcumsTances ThaT occured ThaT
NighT as well as The Security Guards Taped Confession.
Now MR. Silas Doing my Due Process period The FirsT
revocation hearing NLT on 1-10-08 was rescheduled Hrg
from PosT Poned Hrg 1-29-08 for my aTTorney Silas Genesou
Subpoena "Video FooTage" ~~for my ATTorney Silas Genesou~~
                            for The Hearing of 1-29-08
And sTill No "Video FooTage"!
The C... ...... .rror CommiTTed during The
revocation hearing is ThaT The Trial Court relied
"solely" on The hearsay TesTimony to SupporT

The alleged Violation, without requiring The government To make any showing of "Good Cause" To utilize This hearsay evidence This error Compels reversal.

So MR. Silas Geneson Please send me all my Discovery I need iT all aT This Time 4-17-08 2:30PM Thursday.

Thank you
Mr. Coy Wilson Jr.

MR. Silas Geneson is holding back some Discovery with picture of my Car.

FILED

APR 2 3 2008

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By N. Murphy, Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MARIN

COY WILSON,                            )   Case No.: SC158416A
                                       )
         Petitioner                    )   ORDER DENYING PETITION FOR WRIT
                                       )   OF HABEAS CORPUS
    vs.                                )
                                       )
BOARD OF PRISON TERMS, et al,          )
                                       )
         Respondents                   )
                                       )
                                       )
                                       )
                                       )
                                       )
                                       )

Petitioner, an inmate confined at San Quentin Prison, filed a petition for writ of habeas corpus with this court on March 26, 2008, in which he complains that his parole violation hearing was unfairly conducted. Specifically, petitioner complains that the hearing Commissioner improperly permitted hearsay evidence at the hearing and that an important videotape was not presented as evidence. FROM MY CouRT hearing Appointed ATTorney Videofootage was not presented as evidence

Petitioner provided the court with police reports, the summary of the revocation hearing, and decision. Those records indicate that on January 29, 2008 a parole hearing was conducted. Petitioner was present with counsel. The record suggests that the parole hearing was originally scheduled for an earlier date, however it was postponed at the Petitioner's request because Petitioner wanted to present a videotape at the time of his hearing. Petitioner's continuance

Vide footage

-1-

1  request was granted and the hearing was conducted on January 29. The January 29 record states

2  that no video tape of the incident was presented at the hearing. Because my Court

3  Appointed ATTorney Did not Demand Video footage To bring to 
   This is obsTruction us JusTice

4  The Charge Sheet dated 12-16-07 states that there were 2 charges pending against

5  Petitioner. The first charge against Petitioner was that of absconding from parole supervision,

6  for the 5th time. (Petitioner ultimately admitted this charge). The second charge against

7  Petitioner was an assault charge. The assault charge(s) stemmed from an allegation made by a

8  security guard by the name of Babatunde Agbabiaka. Mr. Agbabiaka reported to Officer

9  Harrison of the Contra Costa Sheriff's Department that the Petitioner assaulted him with his car.

10 Deputy Harrison conducted an investigation of the incident. Both Mr. Agbabiaka and Deputy

11 Harrison testified at the parole hearing. Once the testimony was presented, the Hearing

12 Commissioner sustained the assault charge.

13

14 Mr. Wilson complains that somehow this process was unfair. He believes that there is a

15 videotape of the scene that proves his innocence of the assault charge. However, according to

16 his documents, he presented no such evidence. Sheri ffs Deputy wong's Collection
   of Video footage

17 This court cannot determine based on the allegations alone that there was any

18 fundamental unfairness or failure of proof at the parole hearing .

19

20 The burden is on petitioner to establish a prima facie case for relief (see *People v.*

21 *Romero* (1994) 8 Cal.4[th] 728, 737; *People v. Duvall, supra*). Petitioner has failed to do so in this

22 instance.

23

24

25 Accordingly, the petition for writ of habeas corpus is denied.

26

27 Dated: April 23, 2008

28
                                              KELLY V. SIMMONS
                                              Judge of the Superior Court

-2-

STATE OF CALIFORNIA )
COUNTY OF MARIN       )

IN RE: **COY WILSON, JR.**

ACTION NO.: **SC158416A**

(PROOF OF SERVICE BY MAIL – 1013A, 2015.5 C.C.P.)

I AM AN EMPLOYEE OF THE SUPERIOR COURT OF MARIN; I AM OVER THE
AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE WITHIN ABOVE-
ENTITLED ACTION; MY BUSINESS ADDRESS IS CIVIC CENTER, HALL OF
JUSTICE, SAN RAFAEL, CA 94903.  ON **April 24, 2008** I SERVED THE WITHIN
***ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS*** IN SAID
ACTION TO ALL INTERESTED PARTIES, BY PLACING A TRUE COPY
THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON
FULLY PREPAID, IN THE UNITED STATES POST OFFICE MAIL BOX AT SAN
RAFAEL, CA ADDRESSED AS FOLLOWS:

| | |
|---|---|
| *COY WILSON*<br>*CDC #: F-17012*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94964* | *WARDEN*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94964* |
| *ANYA BINSACCA*<br>*OFFICE OF THE ATTORNEY GENERAL*<br>*CORRECTIONAL LAW OFFICE*<br>*455 GOLDEN GATE AVENUE*<br>*12TH FLOOR*<br>*SAN FRANCISCO, CA 94102* | |

*I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF*
*THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATE:    4/24/08    _____
                                  M. Murphy

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:  Institution/Parole Region          Log No.                    Category

1. _____            1. _____        1 4

2. _____            2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|-----------------|
| WILSON, COY Jr. | F17012 | SAN QUENTIN RECEPTION CENTER | GYM, DORM-233 |

A. Describe Problem: I was found guilty in violation of my Due Process Rights of Assault with a Deadly weapon (my AUTOMOBILE) in the absence of "Video Footage" that would have clearly shown my innocence or guilt in the Matter with total disregard to my request for subpoena of the Video Footage which was collected by the Contra Costa County Sheriff's Dept. VIA. Sheriff's Deputy Wong, per Sheriff's report #07-29733. In view of this fact I conclude

1) My attorney had a conflict of interest and was ineffective Counsel. 2) Deputy Commissioner MICHAEL K. BRADY performed and executed a Miscarriage of Justice, Post-Haste in his finding of Good Cause for Revocation and termination of my 3057 credits (Half-time Eligibility)

If you need more space, attach one additional sheet. The Commissioner purely relied on hearsay disregarding hard evidence solely

B. Action Requested: 1.) Dismiss Good Cause finding by Deputy Commissioner Michael K. BRADY on Assault with a Deadly Weapon. 2) Restore 3057 half-Time Eligibility. 3.) View Video Footage of Incident resulting in Charge of Assault with a deadly weapon and determine guilt or innocence beyond a reasonable doubt.

Inmate/Parolee Signature: X Coy Wilson Jr.          MAR 1 7 REC'D     Date Submitted 03-12-08

C. INFORMAL LEVEL (Date Received: Devil c/ )

Staff Response: There is No Appeal Process with the Board of Parole Hearings. if you want to Appeal Any Decision made By the Board you must file A Writ with the Courts.

Staff Signature: _____          Date Returned to Inmate: 4-2-08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*March 30, 2008*

*WILSON, F17012*
*GYM 23Ʒ ɭ(*

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not adequately completed the Inmate/Parolee Appeal Form (CDC Form 602).*
*You need to sign and date the next appropriate section.*

*SIGN AND DATE HIGHLIGHTED AREAS AND FORWARD APPEAL TO*
*DECENTRALIZED REVOCATON UNIT LOCATED AT SAN QUENTIN (SQ-DRU).*
*THIS IS IN RESPONSE TO APPEAL RECEIVED 3/19/08 REGARDING DISMISSAL*
*OD GOOD CAUSE FINDING.*

Appeals Coordinator
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | | Category |
|---|---|---|---|---|
| 1. | | 1. | | *14* |
| 2. | | 2. | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Coy Wilson Jr. | F17012 | Kitchen | Gym 233 |

A. Describe Problem: I was found guilty in Violation of my "Due Process Rights" of Assault with a Deadly Weapon My (Automobile) in The absence of "Video Footage" That would have Clearly Shown my Innocence or guilt in the matter with Total disregard To my request For Subporna Of The Video Footage which was Collected by The ConTra CosTa CounTy Sheriffs Dept. Via. Sheriffs Deputy Wong, per Sheriffs report #07-2973 InView of This FacT Conclude: 1) My ATTorney had a ConFlicT oF InTerest and was InneffecTive Counsel. 2) DepuTy Commissioner MIChaeL

If you need more space, attach one additional sheet. K. BRady PerFormed and exe cuTed MiscarriA

B. Action Requested: 1) Dismiss Good Cause Finding by DepuTy Commissioner Michael K. Brady on Assault with a Deadly weapon, 2.) ResTore 3057 halF-Time EligibiliTy 3)View Video Footage of Incident resulTing in Charge of Assault with a deadly weapon and determine guilT or innocence beyond a reasonable doubT.

Inmate/Parolee Signature: Coy W. Olson Jr.                     MAR 1 9 REC  Date Submitted: 4-3-08

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: I ANSWERED YOUR 602 THE LAST TIME AND WILL NOT DO THIS AGAIN. DENIED! THE BPH DOES NOT HAVE A APPEAL PROCESS. IF YOU WANT TO APPEAL YOU MUST FILE A WRIT WITH THE COURTS.

Staff Signature: Woods                     Date Returned to Inmate: 4/7/08

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed     CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

See Page 2                                    3-14-08
of JusTice PosT-HasTe in his Finding of Good
Cause foR RevocaTion and TerminaTion of my
3057 CrediTs (HalF-Time) Eligibility.
    The Commissioner "(Solely)" relied on hearsay
disregarding hard Evidence.

  Also, Due To PRoblems wiTh The BudgeT being
unsigned by The GoverNor," and whaT I was Told
by CorrecTional STAff members here in SAN
QuenTins RecepTion CenTer in addiTion To "The
BudgeT PRoblem" CDC 602 Forms and many
OTher FoRms FoR inmaTe use we're "OuT of
Supply; There Fore, I have only JusT been
able To File This 602 Appeal." Please Help me."