Dear Sir,                                        May 5, 2008

    This letter concerns case # C 05-3668 TEH (PR)
Kenneth E. Tarr
    Plaintiff
vs.
Marin County Sheriff's
Deputies Nedon, York,
Mungee, McCreel,
    Defendants



FILED
MAY 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

    Today I settled with Judge Vadas but he informed me that Judge Henderson ruled that I did not have to pay the court filing fee since I am a <u>pro se litigant</u> with no lawyer to represent me.
    Can you please send me all the money you've taken from me while I've been here at Atascadero State Hospital since 11/29/2005. And, also stop taking money off my books. You should have a thorough accounting of what you've taken so far.

                                Sincerely,
                                Ken Tarr



May 1, 2008

In the United States District Court
For The Northern District of California

Honornoble Thelton E. Henderson CV 08 1846

I'm forewarding the board of revocation hearing tape for the date of 1-29-08. So now I've send the court both tape from my revocation hearing.

The only thing I'm missing is the rest of the Discovery from my San Quentin appointed Attorney! And the Video Footage that will show my Innocent.

I need very much for the Court to demand someone to bring in the video footage from the Shall Gas Station collected by Contra Costa County Sheriff Deputy Wong. Exhibit-G

Thank you for your patience and kind assistance in this matter.

Sincerely yours,
Mr. Coy Wilson Jr.

San Quentin Attorney is Silas Geneson

