Case Number: **CV081846**

**FILED**
MAY 2 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

F17012

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Coy Wilson** for the last six months
[prisoner name]
**SAN Quentin** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **0** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **0** .

Dated: **4/28/08**   _____
[Authorized officer of the institution]

```
REPORT ID: TS3030   .701                                         REPORT DATE: 04/
                                                                 PAGE NO:
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 28, 2007 THRU APR. 28, 2008

ACCOUNT NUMBER : F17012                    BED/CELL NUMBER: G 000000000008
ACCOUNT NAME   : WILSON, COY JR            ACCOUNT TYPE: I
PRIVILEGE GROUP: U
                              TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE    DESCRIPTION    COMMENT    CHECK NUM    DEPOSITS    WITHDRAWALS    BALA

10/28/2007   BEGINNING BALANCE

  ACTIVITY FOR 2008
  01/14*DD31  CHECK DEPOSIT 2738/R&R                                0.21
  02/26 W535  DENTAL CHARGE 3306/DENT                                             0.21

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 02/06/06                              CASE NUMBER: 05051847
COUNTY CODE: CC                                       FINE AMOUNT: $      40

  DATE     TRANS.     DESCRIPTION                   TRANS. AMT.    BALA

10/28/2007   BEGINNING BALANCE                                         35
01/14/08    DR31     REST DED-CHECK DEPOSIT            0.23-           35

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

  BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACT
  BALANCE       DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE P

    0.00         0.21         0.21          0.00         0.00

                                                                     CURREN
                                                                     AVAILA
                                                                     BALANC
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE
ATTEST: 4/28/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY ____ TRUST OFFICE