C08-1846 TEH

Mr. Coy Wilson Jr
155 Hill St. #3
Baypoint, Calif. 94565

RECEIVED
08 JUN 13 PM 12:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 11, 08

FILED
JUN 13 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk U.S. District Court
Northern District of California

I am writing you today to let the Court know I'm know longer here in San Quentin. Please forward all letter or mail to 155 Hill St. #3 Baypoint Calif 94565.

Consequently, I am compelled to plead to the Court I need alittle time to find a Corporation Tort Attorney to represent me as my attorney in a Civil Lawsuit to recover damages to myself and to my vehicle for damages inflicted by the Security Guard working at the afore mentioned Shell Gasoline Station.

Due to this incident I am now suffering very extreme and debilitating mental emotional and psychological problems and distress because of this horrible experience and am now suffering from symptoms that have resulted in abdominal hernia problems and extreme pain and debility in my neck and cervical spine as well.

The car also has great sentimental value to me because I inherited it from my father upon his demise and it is to me Priceless!